Case: 3:20-cv-00293-GHD-JMV Doc #: 1 Filed: 11/09/20 1 of 100 PageID #: 1

RECEIVED
NOV 0 9 2020
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

DMAP Pro Se: EEOO Complaint

# United States District Court

Click here to enter text.

## CHARMEKA POLLARD

_____

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

## LOWE'S HOME CENTES Inc,

_____

_(In the space above enter the full name(s) of the defendant(s)._
_If you cannot fit the names of all of the defendants in the_
_space provided, please write "see attached" in the space_
_above and attach an additional sheet of paper with the full list_
_of names. The names listed in the above caption must be_
_identical to those contained in Section I. Do not include_
_addresses here.)_

**Case No.** 3:20cv293-GHD-JMV
(To be filled out by Clerk's
Office only)

Jury Demand?
☐ Yes
☐ No

# COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Page **1** of **5**

DMAP Pro Se: EEOO Complaint

## I. PARTIES

### Plaintiff

*List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: **Pollard, Charmeka**
Name (Last, First, MI)

**6100 Somerset Dr.**
Street Address

**Desoto, Horn Lake, Miss, 38637**
County, City     State     Zip Code

**(901) 305-0696**     **Charmeka.pollard @ yahoo.com**
Telephone Number     E-mail Address (if available)

### Defendant(s)

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant resides or does business. Make sure that the defendant(s) listed below are identical to those contained in the caption. Attach additional sheets of paper as necessary.*

**Defendant 1:** **Lowe's Home Centers, Inc**
Name (Last, First)

**1135 Hwy 6**
Street Address

**Panola, Batesville Miss 38606**
County, City     State     Zip Code

Nature of business: _____

**Defendant 2:** _____
Name (Last, First)

_____
Street Address

_____
County, City     State     Zip Code

Nature of business: _____

## II.    CAUSE OF ACTION

*Check only the options below that apply in your case.*

This employment discrimination lawsuit is brought under:

☒ **Title VII of the Civil Rights Act of 1964,** as amended, 42 U.S.C. §§ 2000e, et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin.

☐ **Age Discrimination In Employment Act of 1967**, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age. My year of birth is: _____.

☐ **Rehabilitation Act of 1973**, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

☐ **Americans with Disabilities Act of 1990**, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of a disability.

☐ Click here to enter text.

This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## III.    STATEMENT OF CLAIM

The conduct complained of in this lawsuit involves *(check only those that apply):*

| CLAIM | DATE(S) OF OCCURRENCE | PLACE OF OCCURRENCE |
|---|---|---|
| ☐ failure to hire me | | |
| ☒ termination of my employment | | |
| ☐ failure to promote me | | |
| ☐ failure to accommodate my disability | | |
| ☐ terms and conditions of my employment differ from those of similar employees | | |
| ☒ retaliation | | |
| ☐ harassment | | |
| ☐ other *(specify below)*: | | |

DMAP Pro Se: EEOO Complaint

The conduct of Defendant(s) was discriminatory because it was based on (check only those that apply):

☒ race      ☐ religion      ☐ national origin      ☐ age (year of
☐ color      ☐ sex      ☐ disability      birth:_____

**Facts**
*State here briefly the specific facts that support your claim:*

SEE Attached Pages 4A - 4G

## IV. ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal or state agency?

☒ Yes *(You must attach a copy of the charge to this complaint.)*
☐ No

Have you received a Notice of Right to Sue from the EEOC?

☒ Yes *(You must attach a copy of the Notice of the Right to Sue.)*
☐ No

## V. RELIEF

The relief I want the court to order is (*check only those that apply*):

☐ Direct the defendant to hire the plaintiff
☐ Direct the defendant to re-employ the plaintiff
☐ Direct the defendant to promote the plaintiff.
☐ Direct the defendant to reasonably accommodate the plaintiff's religion
☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities
☒ Direct the defendant to (*specify*): pay Plaintiff Back Pay from August 5, 2019 to judgment at last salary Compensatory damages of $300,000 for emotional distress

Lawsuit facts of Plaintiff, Charmeka Pollard

a. Plaintiff was hired by Defendant in April 2007 as a temporary seasonal employee in Defendant's North Little Rock, Arkansas retail store.

b. Defendant hired Plaintiff in June 2007 in the permanent position as Commercial Sales Associate II.

c. Plaintiff was an excellent employee where she was promoted to Commercial Sales Associate IV.

d. Plaintiff worked for Defendant for twelve years.

e. Defendant entrusted Plaintiff with important positions which included training managers, associates and new hires.

f. On August 5, 2019 Defendant's Store Managers Melissa and Edgar terminated Plaintiff for alleged attendance issues.

g. Defendant's Store Manager Melissa Bryant assigned Plaintiff extra duties that caused and resulted in an on the job injury.

h. Defendant's Store Manager Melissa Bryant assigned high goals that she knew were unattainable for Plaintiff to reach.

i. Defendant's Store Manager Melissa Bryant and changed Plaintiff's schedule that had Plaintiff working every Saturday.

j. Plaintiff had never worked every Saturday.

k. Plaintiff submitted a request for a week's vacation but Defendant's Store Manager Melissa Bryant elected the days she wanted Plaintiff to have without Plaintiff's knowledge.

4A.

l.      Defendant's Store Manager Melissa Bryant failed to pay Plaintiff for one vacation day.

m.      Plaintiff continuously complained to upper management and nothing was done.

n.      Defendant failed and or refused to provide Plaintiff with a termination letter the next day following the verbal termination.

o.      Plaintiff file a prior EEOC Charge of Discrimination (490-2019-00309) against Defendant on November 8, 2018 for race and sex discrimination as well as for retaliation.

p.      Defendant terminated Plaintiff after she filed, previous EEOC Charge of Discrimination 490-2019-00309.

q.      Plaintiff diligently complained to Human Resources when she contacted them regarding Defendant's Managers' failure to provide written termination letter.

r.      Plaintiff called the Associate care the next day of the termination and she was told by Defendant that they were unable to provide any information because the Store Manager, Melissa was trying to get the termination approve.

s.      Plaintiff emailed Defendant's Human Resources personnel, Lakesha in which she asked Defendant why the Store Manager Melissa verbally terminated her without first getting the termination approved first.

t.      Defendant falsely reported to the Tennessee Department of Labor and Workforce Development that Plaintiff was terminated for work performance instead for attendance when Plaintiff applied for unemployment benefits.

u.      Defendant later changed their false report that Plaintiff was fired for performance to she was fired for attendance issues.

4 B.

v. On April 4, 2019, Defendant's Store Manager Melissa falsely wrote Plaintiff up for attendance.

w. Plaintiff was only absent on an approved absence after presenting a doctor's excuse for three days due to the flu diagnosis of herself and her son.

x. Plaintiff was informed by Defendant's Human Resources Maggie that Associates were no longer required to turn in excuses.

y. Defendant's Store Manager Melissa informed Plaintiff that she was absent when Plaintiff was clearly documented to be at work.

z. Plaintiff 's documented presence at work included Plaintiff asking Management if she could leave early because of pain she experienced from pulling loads while on light duty.

aa. Defendant's Attendance Policy regarding bad weather states that it should not be held against an associate.

bb. Defendant's Store Manager Melissa did not follow the policy guideline.

cc. On January 7, 2019 Plaintiff had a interview in Defendant's Olive Branch Lowes' which Store Manager Melissa knew but refused to change schedule and Plaintiff had to use her sick time.

dd. Defendant's Store Manager, Melissa continued to misuse her Authority concerning Plaintiff.

ee. Defendant's Store Manager Melissa persistently continued to not approve any unpaid time off Plaintiff had continued to be complained to Defendant's CEO about regarding being bullied, harassed, and retaliated against.

4C,

ff.     Plaintiff literally begged Defendant's Store Managers Melissa, Kenneth and Edgar to fix her work schedule.

gg.     Defendant's Store Managers Melissa, Kenneth and Edgar did nothing to fix Plaintiff's work schedule.

hh.     Defendant Store Manager Melissa continued to refuse Plaintiff's time off.

ii.     Plaintiff asked Defendant Store Manager Melissa for a meeting about her wanting to schedule her every Saturday.

jj.     Defendant Store Manager Melissa was fully aware of Plaintiff's situation with her son and her status as a single mother years well before Defendant Store Manager Melissa offered Plaintiff the position.

kk.     Defendant Store Manager Melissa refused to have a meeting or come up with other solutions.

ll.     Defendant Store Manager Melissa assigned Plaintiff to pull heavy loads coming up to the days of her April 1, 2019 injury.

mm.     Defendant Store Manager Melissa made it clear that Plaintiff had to pull not only her orders, but she had to also pull the orders of her co-workers.

nn.     Plaintiff complied with the command to pull orders of her co-workers.

oo.     Plaintiff sustained an on the job injury to her shoulder during a week of pulling loads mostly alone.

pp.     Defendant demanded that Plaintiff pull orders even after she went to her Doctor.

qq.     Plaintiff emailed Human Resources Maggie and informed her that she had to pull another load, needed medication, and wanted to use sick time.

HD,

rr.     Defendant's Store Manager harassed assigned Plaintiff to the credit card table the next work day after she emailed the HR Manager.

ss.     Defendant Store Manager Melissa still found a way to harassed Plaintiff while she was assigned to the credit card table.

tt.     Defendant Store Manager Melissa subjected Plaintiff to harassment while working the credit card table when she required Plaintiff to uses a particular process that is not one of Defendant's Policy.

uu.     On May 29, 2018, Defendant wrote Plaintiff up for attendance.

vv.     Plaintiff had a consistent practice of following Defendant's Attendance Policy.

ww.     Plaintiff notified Defendant's management every time she requested time off as required by Defendant's policy.

xx.     Plaintiff requested time off on several occasions to Store Manager Melissa, however, Defendant's Manager never allowed Plaintiff to take time off including unpaid.

yy.     Plaintiff emailed Defendant's Manager Edgar and HR Maggie about changing the schedule however, Defendant refused to change the schedule.

zz.     Plaintiff had a consistent practice of following Defendant's complaint process.

aaa.     Plaintiff complained several times to the CEO about being subjected to workplace harassment and retaliation

bbb.     Defendant's CEO did not offer any relief to Plaintiff's complaints.

ccc.     Plaintiff complained several times to the District Manager about being subjected to workplace harassment and retaliation

ddd.     Defendant's District Manager   did not offer any relief to Plaintiff's complaints.

4E

eee. Plaintiff complained several times to Area Human Resources about being subjected to workplace harassment and retaliation

fff. Defendant's Area Resources did not offer any relief to Plaintiff's complaints.

ggg. Plaintiff complained several times to Defendant's Store Human Resource about being subjected to workplace harassment and retaliation

hhh. Defendant's Store Human Resource did not offer any relief to Plaintiff's complaints.

iii. On November 5, 2018 Defendant's Store Manager came in from Lumber doors not walking the store.

jjj. Plaintiff was on break behind the Pro Desk where everyone that worked at the Pro's desk had snacks of which Store Manager was aware of.

kkk. The Store Manager Melissa approached Plaintiff and informed her that Defendant had a no eating policy on the floor, so Plaintiff needed to put her chips up.

lll. Plaintiff always complied with Management and she put her chips away.

mmm. Defendant's Store Manager Melissa called her in to her Office and issues a write up.

nnn. Plaintiff reported the write up to Human Resources Maggie and requested that they investigate the situation.

ooo. The Human Resources Manager informed Plaintiff that she did not investigate Store Managers.

ppp. Plaintiff's witness Kevin can attest that Plaintiff complied with the Store Manager as always and still got written up.

4F.

qqq.  Plaintiff's witness Rick can attest that Plaintiff complied with the Store Manager as always and still got written up.

rrr.  Plaintiff's witness Martha can attest that Plaintiff complied with the Store Manager as always and still got written up.

sss.  Plaintiff has been subjected to harassment by four (4) Store Managers, Melissa, Jack, Ken and Edgar.

ttt.  Plaintiff submitted an email to the CEO regarding the severe harassment Defendant has subjected her to.

## VI.    CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

X  11.9.2020
Dated

X  Charmeka Pollard
Plaintiff's Signature

X  Charmeka Pollard
Printed Name (Last, First, MI)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: **Charmeka Pollard**
**6100 Somerset Drive**
**Horn Lake, MS 38637**

From: **Memphis District Office**
**1407 Union Avenue**
**Suite 900**
**Memphis, TN 38104**

| | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 490-2019-02811 | **Patricia A. Alexander,** Investigator | **(901) 544-0076** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

**Delner Franklin-Thomas,**
**District Director**

AUG 1 1 2020

(Date Mailed)

Enclosures(s)

cc:
**Guiselle Mahon**
**Corporate Counsel**
**1000 Lowe's Blvd.**
**Mailcode: LGL**
**Mooresville, NC 28117**

**Myra Hamilton, Attorney**
**Entertainment & Employment Law, LLC**
**119 South Main Street, Ste. 500**
**Memphis, TN 38103**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 490-2019-0281  490-2019-00309 |

| Tennessee Human Rights Commission | and EEOC |
|---|---|
| *State or local Agency, if any* | |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**AMENDED CHARGE: ORIGINAL FILED NOV. 8, 2018**

**AMENDMENT:**

I was hired in 2007 with my most recent position being as a Commercial Sales Associate.

From the Spring 2017 until October 2018, I have made continuous complaints about the treatment of Jack _____, White male, dept. manager. I complained about his aggressive tones and the way he interacted with me as a Black female. I made at least 3 verbal complaints and I complained of either race and/or sex. I complained to various officials, including the CEO and his treatment did not stop. On October 8, 2018, I made a written complaint and I specifically stated that I was being treated differently due to racism and that I should go to the EEOC.

Thereafter, I was issued a written disciplinary notice on November 6, 2018 for alleged unacceptable behavior. In addition, I have been assigned additional duties which include more heavy lifting and made to perform signage duties. These duties are normally rotated.

Since this time, I have continued to be retaliated against after filing my original Charge of Discrimination on November 8, 2018. I have been denied time-off requests that were being approved previously by my store manager, Melissa. On April 4, 2019, I received a final written warning for attendance which I dispute.

I believe that I have been discriminated against because of my race, Black and sex, Female and retaliated against reporting protected activity in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| Date        Charging Party Signature | |

**Charmeka Pollard**

**RE: Position Statement**

A.

Lowe's has violated EEO Policy because I, Charmeka Pollard has complain several times to the CEO, District Manager, Area HR, and Store HR about being harassed and retaliated. NO ONE HELPED.

B.

I, Charmeka Pollard has followed Lowe's Attendance Policy. I have notify management as Lowe's policy states everytime I request time off. I have requested time off on several occasion but Store Manager Melissa would never allow me to take time off even unpaid. Since filing a claim with EEOC my attendance has been good. Store Manager Melissa, Kenneth, and Edgar started retaliated and harassing me. I've emailed (ASM) Edgar, HR Maggie about changing my schedule but was NEVER change. Which Store Manager Melissa had plan from beginning so she could use my attendance against me.

C.

I, Charmeka Pollard worked at Lowe's for 12 years. I have worked all over Lowe's most of all, certified in multiple areas of the store. I have trained multiple associates, new hire, and some managers. I love helping customers and others in need.

On 5/29/2018, I received a write up for attendance. Store Manager Melissa use the time I request off, time that were never changed against me. I sent an emailed to CEO Marvin complaining about false allegation, harassment, and retaliation. Store Manager Melissa, Jack, Ken and Edgar all started to harass me. Store Manager Melissa started to walk and watch me like a Hulk trying to find anything she can use against me to write me up. On November 5, 2018, Store Manager Melissa came in from Lumber doors NOT walking the store. I was on break behind the Pro Desk which everyone that works at Pro Desk have snacks which Melissa knows. "She approached me saying put your chips up there's no eating on sales floor." I did what she asked me. I did not say NO. Store Manager Melissa called me to office for a write up. I again told her that I did not say NO. So I asked HR Maggie to do an investigate on the situation HR Maggie replied," No she don't investigate Store Managers" I explain to Maggie there's three witness (Kevin, Rick, and Martha) can say I did not tell Store Manager Melissa (No).

On 4/4/19 Store Manager Melissa filed another false allegation on my Attendance. I was only Absent three days due to my son and I sick with Flu which I had a doctor's excuse. I was told by HR Maggie that associates no longer have to turn in excuses. Other days Store Manager Melissa stated I was absent when I was clearly at work. How can she say I was absent when I asked Management to leave early because of pain from pulling loads while on light duty? Lowe's Attendance policy due to bad weather states that shouldn't be held against an associate. Store Manager Melissa did not follow that guideline as well. On 1-7-19 had an interview in Olive Branch Lowe's which Store Manager Melissa knew but refuse to change schedule I had to use my sick time. Store Manager Melissa continued to misuse her Authority.

Store Manager Melissa continued to not approve any unpaid time off I have continued to complain to CEO about being bully, harass, and retaliated against and to please help me. I have begged Store Manager Melissa, Kenneth, and Edgar to fix my schedule but nothing was done about it. Store Manager Melissa continue to refuse my time off. I asked Store Manager Melissa for a meeting about her wanting to schedule me every Saturday. Store Manager Melissa knew my situation with my son and I am a single mother years before she offer me the position. Store Manager Melissa refuse to have a meeting or come up with other solutions. Again so she make more false allegations against me.

D.

Coming up to the days of my Injury April 1, 2019, Store Manager Melissa assigned me to pull heavy loads. Store Manager Melissa made clear that I will have to pull Rick and Kevin on top of my own orders. Which I did. During a week of pulling loads mostly alone I injury my shoulder and back. After being seen by a doctor I was asked to pull loads. I emailed HR Maggie stating that I had to pull another load, needed to leave to take medication and would like to use sick time. Next work day Store Manager assigned me to the credit card table. Asking me to do 35 LCC and 3 Pro Apps, or 8 LLC and 1 Pro App per day or weekly. I told her I would be my best. During the time at the credit table I had customer services input credit cards into the system since three associates works at customer services. Gives me a chance to talk to more customers about credit. Store Manager calls me into office saying since she assigned to the credit table she see nothing in the system showing what I've done. I replied, Yes I've been doing great. I told her I'm having customer services input. Store Manager Melissa said that she needs to keep track on what I'm doing and need me to input credit card into system. Lowe's Policy doesn't say that it has to be in a particular name that's clearly another way she's harassed and retaliated against me. I told Melissa that a list of people that has input apps. Annalee (2), Rocandise (6), Sherica (2), Emerald (1), Charlene (2), Paige (1), Peaches (1), Shay (1), Erica (1), Kevin (2), Rick (2).

On August 5, 2019, Store Manager Melissa and Edgar called me into the office stated that my employment has been terminate. I did not receive any paperwork. Store Manager Melissa verbally said, because of my attendance. The next day or so I called Associate Care requesting a termination letter Associate Care stated that they wasn't able to provide the information because Store Manager Melissa is trying to get it approve. I emailed Area HR Lakesha asking her why did Store Manager Melissa verbally terminated me without getting it approve first. During the time applying for Unemployment Lowe's reported to Work Force that my terminated was base on work performance not attendance. Later Lowe's change it to attendance.

I prayed everyday walking into Lowe's for strength because I knew Store Manager Melissa, Ken, and Edgar will be ready to harass and retaliate some type of way. Which Lowe's has violated EEO policy. I tried to transfer out the store to another one but nothing because of the false allegations made against me.


Best Regards,

Charmeka Pollard

A

Mail - charmeka.d.pollard@store.lowes.com      https://outlook.office.com/owa/?path=/mail/sentitems

· retaliation

Pollard, Charmeka - Charmeka D

Thu 2/28/2019 7:09 AM

To:Beisler, Chris - Chris J <chris.j.beisler@lowes.com>; Ellison, Marvin - Marvin <marvin.ellison@lowes.com>;

Good morning,

I am emailing you all because of this retaliation. Melissa is refusing to let me take any time off even unpaid. This is her way at going back at me because of my claims against her and other Manager's at the store. I've been taking off the same days for years! Why now is there a problem? She came to me on yesterday saying I've use 40 hours of vacation already she can't approve my week in March.(I GET 3 WEEKS OF VACATION) So I put in for unpaid she refuse to approve my unpaid. I asked her to just take me off the schedule for those three days she said no she can't! Clearly this is RETALIATION!!!!

THANKS,
CHARMEKA POLLARD
901-305-0696
CHARMEKA.POLLARD@YAHOO.COM

1 of 2

2/28/19, 10:14

****update***

**Pollard, Charmeka - Charmeka D**

Wed 2/13/2019 8:06 AM

To:Ellison, Marvin - Marvin <marvin.ellison@lowes.com>;

Marvin,

Good morning, I reached out to you last year 10-8-2018 about a couple of issues here at store 1757, Batesville, MS. You directed me to Kevin Olsen Human Relations. Every since then I've been falsely accused, bully, by management here at Lowe's. Melissa (store manager) had falsely accused me of some things and put me on a written that cause me to NOT get promoted or moved to another store. Yes I have filed a case with the EEOC last year. But this does not give management the right to abuse associates. Why don't we as hourly associates have any rights, so you telling me that a Manager's can say or lie on associates and the associate can't defend ourself about the situation?? Yes, I've emailed Kevin Olsen about EVER situation. No, it's not just me having the same issues. Check the claims against this store. We are crying out for help no one seems to want to take Heat about the issues. I've asked for a couple of the disciplinary form but got a certified letter saying that I don't have the right to get a copy of it. I'll get subpoena for that. That's besides the point my point is that, Why don't we have rights?? It's going on my 12 year with the company and NO I refuse to leave or let anyone run me away for with I've worked so hard for! It's heartbreaking to even think about how cruel people can be. Thank you so Much for your time!

Case: 3:20-cv-00293-GHD-JMV Doc #: 1 Filed: 11/09/20 21 of 100 PageID #: 21

2-6-18

**Pollard, Charmeka - Charmeka D**

Wed 2/6/2019 7:12 AM

To:Tutor, Maggie - Maggie L <maggie.l.tutor-1@store.lowes.com>; Bryan, Melissa - Melissa L <Melissa.L.Bryan@store.lowes.com>; Olsen, Kevin - Kevin D <kevin.d.olsen-1@lowes.com>;

As you know that I took sick on 2-4-18 caught the stomach virus. Just got back to work 2-6-18. Ken came to ask me to cover paint I explain to him that I am still kinda weak from not being able to eat for these couple of days. So Kevin said that he can do it but I guess he just wanted to pick on me for some reason. Came back down and said just go stand at the desk and if you need someone to left something ill call someone, I said thought Kevin said he would go he lied and say that Kevin said that he cant cover paint. I refuse to continue to get picked on by Manager's. Also Ken goes and say I'm not going to play your games. I asked him what games? He goes to say the games you been playing. NO one should have to continue to go through this workplace abuse from Manager's. At the end of the day I don't mind helping anyone but can't keep overwhelming one associate because Manager don't make other learn.

02/19/2019 08:51 AM

Case: 3:20-cv-00293-GHD-JMV Doc #: 1 Filed: 11/09/20 22 of 100 PageID #: 22

# Fw: hey..

## meka pollard

Wed 11/7/2018 5:57 AM

To:Pollard, Charmeka - Charmeka D <charmeka.d.pollard@store.lowes.com>;

Sent from Yahoo Mail on Android

> ----- Forwarded Message -----
> **From:** "meka pollard" <charmeka.pollard@yahoo.com>
> **To:** "kevin.d.olsen@lowes.com" <kevin.d.olsen@lowes.com>
> **Sent:** Tue, Nov 6, 2018 at 5:41 PM
> **Subject:** Re: hey..
> Melissa tells me that I can no longer record. How do she know about my recording? Something isn't right!
>
> Sent from Yahoo Mail on Android
>
> On Tue, Nov 6, 2018 at 5:16 PM, meka pollard
> <charmeka.pollard@yahoo.com> wrote:
>
>> Good evening, just got out the meeting with Melissa and Megan they tried to write me up over lies that's wasn't sure, so I asked Maggie could she do a investigation on the situation she said no she doesn't do investigations on Store Managers. It's getting ridiculous how we're been treated. Should I reach back out to the CEO?
>>
>> Sent from Yahoo Mail on Android

11/07/2018 09:03 AM

# ASM

**Pollard, Charmeka - Charmeka D**

Thu 1/17/2019 9:50 AM

To:Bryan, Melissa - Melissa L <Melissa.L.Bryan@store.lowes.com>; Tutor, Maggie - Maggie L <maggie.l.tutor-1@store.lowes.com>; Olsen, Kevin - Kevin D <kevin.d.olsen-1@lowes.com>;

HELLO,

On Jan, 17, I was inform that Edgar (ASM) had a conversation about me with a associate here at Lowe's which I think is unorthodox and unprofessional. Edgar said that he's going to butt head with me when he gets back to work from medical leave because I don't like to pull my orders and etc. My thing is that him being a manager should know how to address a problem or issue with an associate instead of slandering my name. Because for one I PULL EVER ORDER THAT I NEED TO AND MORE ORDER! I am so tired of manager's slandering my name!

THANKS..

02/19/2019 08:56 AM

Case: 3:20-cv-00293-GHD-JMV Doc #: 1 Filed: 11/09/20 24 of 100 PageID #: 24

2-6-18

## Pollard, Charmeka - Charmeka D

Wed 2/6/2019 7:12 AM

To:Tutor, Maggie - Maggie L <maggie.l.tutor-1@store.lowes.com>; Bryan, Melissa - Melissa L <Melissa.L.Bryan@store.lowes.com>; Olsen, Kevin - Kevin D <kevin.d.olsen-1@lowes.com>;

As you know that I took sick on 2-4-18 caught the stomach virus. Just got back to work 2-6-18. Ken came to ask me to cover paint I explain to him that I am still kinda weak from not being able to eat for these couple of days. So Kevin said that he can do it but I guess he just wanted to pick on me for some reason. Came back down and said just go stand at the desk and if you need someone to left something ill call someone, I said thought Kevin said he would go he lied and say that Kevin said that he cant cover paint. I refuse to continue to get picked on by Manager's. Also Ken goes and say I'm not going to play your games. I asked him what games? He goes to say the games you been playing. NO one should have to continue to go through this workplace abuse from Manager's. At the end of the day I don't mind helping anyone but can't keep overwhelming one associate because Manager don't make other learn.

Case: 3:20-cv-00293-GHD-JMV Doc #: 1 Filed: 11/09/20 25 of 100 PageID #: 25

## Fw: 12-19

**meka pollard <charmeka.pollard@yahoo.com>**

Wed 2/6/2019 11:08 AM

To:Pollard, Charmeka - Charmeka D <charmeka.d.pollard@store.lowes.com>;

Sent from Yahoo Mail on Android

----- Forwarded Message -----
From: "meka pollard" <charmeka.pollard@yahoo.com>
To: "kevin.d.olsen@lowes.com" <kevin.d.olsen@lowes.com>
Sent: Fri, Dec 21, 2018 at 7:21 AM
Subject: 12-19
Good morning,

On Wednesday I felt as though Melissa wanted me to react in a negative way. She approached me telling me not to wear my leggings anymore my response was okay then she goes to ask me do I need her to explain why because I'm looking like I don't understand my response was no I said okay already, then she continued to say you can't wear those legs anymore because they have white stripes going down the side so therefore they are considered workout leggings (my leggings are just regular) even though my front and back was covered like Lowes policy requested it to be but she continued to harass me about my leggings after I told her from the beginning okay, I feel like this harassment again because after I said okay the first time why continue to ask me ridiculous questions I felt like that she was trying to trigger me to react in a negative way, I clearly said Melissa I have told you three times "okay" as she was leaving the pro Sales desk she goes and say just don't wear them anymore and stay off your phone in a very very rude way!

JUST WANTED YOU TO KNOW!

THANKS

Sent from Yahoo Mail on Android

02/06/2019 02:12 PM

# ASM!!

**Pollard, Charmeka - Charmeka D**

Tue 2/19/2019 11:54 AM

To:Olsen, Kevin - Kevin D <kevin.d.oisen-1@lowes.com>; Ellison, Marvin - Marvin <marvin.ellison@lowes.com>;

Once again I am getting harass by Management Kenneth G. and Edgar G. I don't mind doing anything for anyone but to get single out and asked to do things that's normally an associate in that department. Like price audit for Lumber when there's 5 guys working in that area. If these management have a issue with me because of my gender or race we really need to get this issue address asap. Ken has been completely harassing me since he got his management position. Remind you these are the same management's that has gotten previous employee's fired off false documents and etc. LOOK I AM TIRED OF THE BULLYING AND RACISM. NO I WILL NOT QUIT MY JOB! I'VE DEDICATED 12YRS TO THIS COMPANY!

I've emailed my store manager Melissa and Maggie about this issue.

1 of 2

02/19/2019 02:58 PM

Case: 3:20-cv-00293-GHD-JMV Doc #: 1 Filed: 11/09/20 27 of 100 PageID #: 27

# ASM

**Pollard, Charmeka - Charmeka D**

Thu 1/17/2019 9:50 AM

To:Bryan, Melissa - Melissa L <Melissa.L.Bryan@store.lowes.com>; Tutor, Maggie - Maggie L <maggie.l.tutor-1@store.lowes.com>; Olsen, Kevin - Kevin D <kevin.d.olsen-1@lowes.com>;

HELLO,

On Jan, 17, I was inform that Edgar (ASM) had a conversation about me with a associate here at Lowe's which I think is unorthodox and unprofessional. Edgar said that he's going to butt head with me when he gets back to work from medical leave because I don't like to pull my orders and etc. My thing is that him being a manager should know how to address a problem or issue with an associate instead of slandering my name. Because for one I PULL EVER ORDER THAT I NEED TO AND MORE ORDER! I am so tired of manager's s andering my name!

THANKS..

https://outlook.office.com/mail/#path=/mail/sentitem

# Update!

**Pollard, Charmeka - Charmeka D**

Mon 7/29/2019 6:33 AM

To:Jefferson, Robert - Robert <robert.jefferson@lowes.com>; Ellison, Marvin - Marvin <marvin.ellison@lowes.com>;

Good morning,

It's going on almost a year since I've filed with the EEOC. This retaliation and harassment from Store Manager (Melissa) and below has gotten unbearable! No one should have to continue to go through this petty situation! She's trying her best to make me quit, but that's a NO! Now that I'm off Worker's Comp to see will I be able to proceed with my task if not the doctor will like for me to go see a Spine Specialist. Keeping you guys updated on this hostile workplace!

Have a Bless Day!

Thanks,

Charmeka Pollard
901-305-0696

Good morning,

I am emailing you all because of this retaliation. Melissa is refusing to let me take any time off even unpaid. This is her way at going back at me because of my claims against her and other Manager's at the store. I've been taking off the same days for years! Why now is there a problem? She came to me on yesterday saying I've use 40 hours of vacation already she can't approve my week in March.(I GET 3 WEEKS OF VACATION) So I put in for unpaid she refuse to approve my unpaid. I asked her to just take me off the schedule for those three days she said no she can't! Clearly this is RETALIATION!!!!

THANKS,

CHARMEKA POLLARD

901-305-0696

CHARMEKA.POLLARD @YAHOO.COM

3/8/19, 13:21

B

LOWE'S • POLICY

|   Human Resources United States | Attendance Policy – Stores and CSC | |
|---|---|---|
| | Stores and CSC | Effective Date: 9/9/2016 |

## Table of Contents

Purpose

Scope

Policy

  Applying the Policy

Responsibility

Correction Action

## Purpose

The purpose of the Attendance policy is to document the need for employees to provide notice for absences and tardies and the consequences for excessive occurrences.

## Scope

This policy applies to all U.S. Stores and CSC employees.

## Policy

I.    Employees must be advised of work schedules in a timely manner by location and CSC department management. For Stores, refer to Store Work Schedules procedure.

II.   Employees must notify management of absences or tardiness before the start of the scheduled shift. Prior notice of two or more hours is desired.

III.  Employees are expected to be at work and on-time each scheduled day unless the absence is approved and excused.

IV.   Employees with repeated absences/tardies should be counseled and warned that excessive absences will result in disciplinary action up to and including termination. Employees may not be disciplined or discharged for absences incurred pursuant to Federal, state, and/or local laws/regulations, such as FMLA absences, etc. Refer to Corrective Action procedure.

LOWE'S • POLICY

V.  Employees absent for three consecutive workdays without proper notice and without good cause will be terminated and considered to have voluntarily quit.

VI.  School visitation, voting time – Special state requirements for unpaid time off from work for these situations are noted in the chart within the "Applying the Policy" section.

VII.  Lowe's is an equal opportunity employer and administers all human resources practices without regard to race, color, religion, sex, age, national origin, disability, sexual orientation, gender identity or expression, marital status, veteran status, or any other category protected under applicable law.

## Applying the Policy

A.  Advise new employees of absence and tardiness notification requirements and responsibilities during new employee orientation.

B.  File employee absence reports #90105 with weekly payroll after correcting employee's hours.

C.  Employees should be confronted with excessive absences and tardies, counseled and warned that excessive occurrences will result in disciplinary action up to and including termination.

D.  Proper notification and verification is required for any personal illness or injury of more than three (3) consecutive days, an accumulation of over 40 hours of sick pay in any 12 month period or over 5 occurrences in any 12 month period.

E.  Some states require employers to provide unpaid (unless otherwise denoted) time off to employees in specific situations. In these cases, employees should provide 48 hours notice prior to the absence and be able to verify attendance upon request by management. Employees should not be disciplined, terminated or penalized for absences that meet the state requirements. Contact the HR Director should questions arise. For more information on specific state requirements, see supporting documents entitled:

   a.  Time Off for Parents to Attend a Child's School Activities.

   b.  Time Off to Vote.

   Note: Other absences may be excused as required under the American with Disabilities Act (ADA), or other applicable state or local law.

## Responsibility

All employees are responsible for providing adequate notice for all absences and tardies.

Case: 3:20-cv-00293-GHD-JMV Doc #: 1 Filed: 11/09/20 33 of 100 PageID #: 33

# Recall: Charmeka Pollard

### Tutor, Maggie - Maggie L

Thu 3/14/2019 6:27 AM

To:Pollard, Charmeka - Charmeka D <charmeka.d.pollard@store.lowes.com>;

Tutor, Maggie - Maggie L would like to recall the message, "Charmeka Pollard".



Charmeka Pollard

Tutor, Maggie - Maggie L
Thu 3/14, 6:25 AM
Pollard, Charmeka - Charmeka D

Book1.xlsx
14 KB

Download     Save to OneDrive - Lowe's Companies Inc

Lakesha,

Sorry, I left her last request off added and highlighted on attachment.

Thanks,

Maggie Tutor
HRBP - Store 1757
Lowes Batesville, MS
662-710-1000 ext 204

| Charmeka Pollard Request for Time Off | | | |
|---|---|---|---|
| Submitted in Kronos | Date Requested Off | Pay Code | Status |
| 2/19/2019 | 3/15/2019 | VAC | Refused |
| 2/19/2019 | 3/14/2019 | VAC | Refused |
| 2/19/2019 | 3/13/2019 | VAC | Refused |
| 2/19/2019 | 3/12/2019 | VAC | Refused |
| 2/19/2019 | 3/11/2019 | VAC | Refused |
| 2/26/2019 | 3/11/2019 | VAC | Approved |
| 2/26/2019 | 3/12/2019 | VAC | Refused |
| 2/26/2019 | 3/13/2019 | VAC | Refused |
| 2/26/2019 | 3/14/2019 | VAC | Refused |
| 2/26/2019 | 3/15/2019 | VAC | Refused |
| 2/27/2019 | 3/13/2019 | Unpaid | Refused |
| 2/28/2019 | 3/13/2019 | Unpaid | Refused |
| 2/28/2019 | 3/14/2019 | Unpaid | Refused |
| 2/28/2019 | 3/15/2019 | Unpaid | Refused |
| 2/28/2109 | 3/12/2019 | Unpaid | Refused |
| 3/5/2019 | 3/12/2015 | Unpaid | Refused |

Sheet1

Help Improve Office

Tutor        1 of 10

Case: 3:20-cv-00293-GHD-JMV Doc #: 1 Filed: 11/09/20 35 of 100 PageID #: 35

# Charmeka Pollard

## Tutor, Maggie - Maggie L

Thu 3/14/2019 6:25 AM

To:Pollard, Charmeka - Charmeka D <charmeka.d.pollard@store.lowes.com>;

1 attachments (14 KB)

Book1.xlsx;

Lakesha,

Sorry, I left her last request off added and highlighted on attachment.

Thanks,

Maggie Tutor
HRBP - Store 1757
Lowes Batesville, MS
662-710-1000 ext 204

Case: 3:20-cv-00293-GHD-JMV Doc #: 1 Filed: 11/09/20 36 of 100 PageID #: 36

# Your Vacation Request

## Mason, Lesley - Lesley A

Sat 1/26/2019 6:59 AM

To:Pollard, Charmeka - Charmeka D <charmeka.d.pollard@store.lowes.com>;

Meka,

The system would not let me approve your vacation request for March. It will not let you go into the negative more than 40 hours in vacation and 16 hours in holiday. You will need to wait until closer to time to put this in. Try again in February to put in for this. It was showing you were in the negative at 40.68 with your February requests already approved.

Lesley Mason
Support Manager
Lowe's Store 1757
Batesville, MS
P: 662-710-1000 ext. 4804
F: 662-710-1009

*Bee Ramirez*, MHRM, PHR

Associate Relations Consultant
Lowe's Companies, Inc.
Phone: (704) 758-2987
Email: zurmarie.ramirez@lowes.com



**From:** Pollard, Charmeka - Charmeka D <charmeka.d.pollard@store.lowes.com>
**Sent:** Thursday, February 28, 2019 11:09 AM
**To:** Beisler, Chris - Chris J; Ellison, Marvin - Marvin
**Subject:** retaliation

Good morning,

I am emailing you all because of this retaliation. Melissa is refusing to let me take any time off even unpaid. This is her way at going back at me because of my claims against her and other Manager's at the store. I've been taking off the same days for years! Why now is there a problem? She came to me on yesterday saying I've use 40 hours of vacation already she can't approve my week in March.(I GET 3 WEEKS OF VACATION) So I put in for unpaid she refuse to approve my unpaid. I asked her to just take me off the schedule for those three days she said no she can't! Clearly this is RETALIATION!!!!

THANKS,
CHARMEKA POLLARD
901-305-0696
CHARMEKA.POLLARD@YAHOO.COM

## 2nd notice

### Pollard, Charmeka - Charmeka D

Mon 3/4/2019 7:13 AM

To:Beisler, Chris - Chris J <chris.j.beisler@lowes.com>; Ellison, Marvin - Marvin <marvin.ellison@lowes.com>;

CHRIS,

CAN SOMEONE PLEASE CONTACT ME ABOUT THIS ISSUE? I'VE PREVIOUSLY EMAILED YOU. I'VE ALREADY MADE PLANS FOR MY VACATION NOT KNOWING MELISSA WILL NOT APPROVE MY VACATION NOR UNPAID NOR TAKE ME OFF THE SCHEDULE! MY VACATION WILL BE STARTING ON NEXT WEEK. IF SHE'S PLANNING ON COMING UP WITH ANOTHER FALSE DOCUMENTS TO TERMINATE ME, PLEASE LET ME KNOW SO I CAN STOP RESUBMITTING MY VACATION.


THANKS,
GOD BLESS


CHARMEKA POLLARD
901-305-0696
CHARMEKA.POLLARD@YAHOO.COM

Case: 3:20-cv-00293-GHD-JMV Doc #: 1 Filed: 11/09/20 39 of 100 PageID #: 39

# retaliation

**Pollard, Charmeka - Charmeka D**

Thu 2/28/2019 7:09 AM

To:Beisler, Chris - Chris J <chris.j.beisler@lowes.com>; Ellison, Marvin - Marvin <marvin.ellison@lowes.com>;

Good morning,

I am emailing you all because of this retaliation. Melissa is refusing to let me take any time off even unpaid. This is her way at going back at me because of my claims against her and other Manager's at the store. I've been taking off the same days for years! Why now is there a problem? She came to me on yesterday saying I've use 40 hours of vacation already she can't approve my week in March (I GET 3 WEEKS OF VACATION) So I put in for unpaid she refuse to approve my unpaid. I asked her to just take me off the schedule for those three days she said no she can't! Clearly this is RETALIATION!!!!

THANKS,
CHARMEKA POLLARD
901-305-0696
CHARMEKA.POLLARD@YAHOO.COM

| Charmeka Pollard Request for Time Off | | | |
|---|---|---|---|
| Submitted in Kronos | Date Requested Off | Pay Code | Status |
| 2/19/2019 | 3/15/2019 | VAC | Refused |
| 2/19/2019 | 3/14/2019 | VAC | Refused |
| 2/19/2019 | 3/13/2019 | VAC | Refused |
| 2/19/2019 | 3/12/2019 | VAC | Refused |
| 2/19/2019 | 3/11/2019 | VAC | Refused |
| 2/26/2019 | 3/11/2019 | VAC | Approved |
| 2/26/2019 | 3/12/2019 | VAC | Refused |
| 2/26/2019 | 3/13/2019 | VAC | Refused |
| 2/26/2019 | 3/14/2019 | VAC | Refused |
| 2/26/2019 | 3/15/2019 | VAC | Refused |
| 2/27/2019 | 3/13/2019 | Unpaid | Refused |
| 2/28/2019 | 3/13/2019 | Unpaid | Refused |
| 2/28/2019 | 3/14/2019 | Unpaid | Refused |
| 2/28/2019 | 3/15/2019 | Unpaid | Refused |
| 2/28/2109 | 3/12/2019 | Unpaid | Refused |
| 3/5/2019 | 3/12/2015 | Unpaid | Refused |



# Attendance-CAR for Charmeka D. Pollard

## Associate Information

| | | | | |
|---|---|---|---|---|
| Last Name | Pollard | | First Name | Charmeka |
| Title | CSA ProServices IV | | Department | 0404~Pro Services |
| Hire Date | 04/25/2007 | | Location | 1757 |
| Username | 1163424 | | Manager | Kenneth E Guthridge |

## General Information

Date of Notice:            04/03/2019

Type of Notice:            Final

## Attendance Issue

Document <u>excessive and/or unexcused attendance</u> occurrence(s). Include specific date(s), time(s) and a description of the occurrence below:

Attendance Issue:

Records show you have the following attendance occurrences in the last 4 months. (See Attached Kronos Timecard).

11/10/18-Absent

11/15/18- late 1 hour

12/5/18-Absent

1/7/19- 2 hours sick

1/11/19-Absent

1/17/19-Absent

2/4-2/5/19-Absent

2/7-2/8/19-Absent

2/19/19-Absent

3/4/19-Absent

## Expectations

| Date | Schedule | In | Out | Transfer |
|---|---|---|---|---|
| Thu 2/28 | | | | |
| | 9:00AM-6:00PM | 8:55AM | 3:00PM | |
| | | 4:00PM | 5:05PM 💬 | |
| Fri 3/01 | | | | |
| | 9:00AM-5:00PM | 8:59AM | 5:04PM 💬 | |
| Sat 3/02 | | | | |
| Sun 3/03 | | | | |
| Mon 3/04 | | | | |
| | 9:00AM-6:00PM | 8:59AM | 2:00PM 💬 | left early Due to stress |
| Tue 3/05 | | | | |
| | 9:00AM-6:00PM | 8:57AM | 2:30PM | |
| | | 3:31PM | 6:19PM 💬 | |
| Wed 3/06 | | | | |
| | 9:00AM-6:00PM | 8:58AM | 2:54PM | |
| | | 3:58PM | 6:08PM 💬 | |
| Thu 3/07 | | | | |
| | 9:00AM-6:00PM | 9:00AM | 3:12PM | |
| | | 4:16PM | 6:28PM 💬 | |
| Fri 3/08 | | | | |
| | 9:00AM-5:00PM | 9:05AM | 3:59PM 💬 | |

**Totals**

All                          All

| Account | Pay Co |
|---|---|
| STRBU/SOUTH/06/1248/1757/0404 COMMS/- | SICK |
| STRBU/SOUTH/06/1248/1757/0404 COMMS/- | TOTAL |
| STRBU/SOUTH/06/1248/1757/0404 COMMS/- | TOTAL |
| STRBU/SOUTH/06/1248/1757/0404 COMMS/- | VAC |

Another false document because I wasn't Absent for work. I was only Absent for 3 days and other days I have a doctor's excuse. Thanks

9 of 9

4/3/19, 14:50

**Pollard, Charmeka D**

**11/01/2018 - 3/08/2019, Selected range of dates**

001163424 https://ltsrv.myloweslife.com/wfcstatic/application...
-All_Home_And_Scheduled_In_Optimized

| Date | Schedule | In | Out | Transfer |
|---|---|---|---|---|
| Thu 11/01 | | | | |
| | 9:00AM-6:00PM | 8:58AM | 2:56PM | |
| | | 3:29PM | 6:04PM 💬 | |
| Fri 11/02 | | | | |
| | 9:00AM-5:00PM | 8:57AM | 2:07PM | |
| | | 3:06PM | 5:07PM 💬 | |
| Sat 11/03 | | | | |
| Sun 11/04 | | | | |
| Mon 11/05 | | | | |
| | 9:00AM-6:00PM | 8:55AM | 3:03PM | |
| | | 4:05PM | 5:00PM 💬 | |
| Tue 11/06 | | | | |
| | 9:00AM-6:00PM | 9:05AM | 2:10PM | |
| | | 2:40PM | 5:11PM 💬 | |
| Wed 11/07 | | | | |
| | 9:00AM-3:00PM | 8:59AM | 2:09PM | |
| | | 2:40PM | 2:58PM 💬 | |
| Thu 11/08 | | | | |
| Fri 11/09 | | | | |
| | 9:00AM-5:00PM | 9:01AM | 2:08PM | |
| | | 3:06PM | 4:53PM 💬 | |
| Sat 11/10 | | | | |
| | 7:00AM-3:00PM | | | |
| Sun 11/11 | | | | |
| Mon 11/12 | | | | |
| | 9:00AM-6:00PM | 8:54AM | 2:58PM | |
| | | 4:14PM | 6:00PM 💬 | |

1 of 9

4/3/19, 14:50

https://ltsrv.myloweslife.com/wfcstatic/application...

| Date | Schedule | In | | Out | | Transfer |
|------|----------|-----|---|-----|---|----------|
| Tue 1/01 | 9:00AM-6:00PM | 9:03AM | | 2:07PM | | |
| | | 3:01PM | | 5:00PM | | |
| Wed 1/02 | | | | | | |
| | 9:00AM-6:00PM | 8:56AM | | 3:22PM | | |
| | | 4:19PM | | 6:03PM | | |
| Thu 1/03 | | | | | | |
| | 9:00AM-6:00PM | 8:54AM | | 2:56PM | | |
| | | 3:57PM | | 6:01PM | | |
| Fri 1/04 | | | | | | |
| | 9:00AM-5:00PM | 9:02AM | | 2:53PM | | |
| | | 4:08PM | | 6:01PM | | |
| Sat 1/05 | | | | | | |
| Sun 1/06 | | | | | | |
| Mon 1/07 | 9:00AM-6:00PM | 11:00AM | | 3:00PM | | Had to go to Olive Branch Lowes For interview |
| | | 4:00PM | | 5:55PM | | |
| Tue 1/08 | | | | | | |
| | 9:00AM-6:00PM | 9:04AM | | 2:52PM | | |
| | | 3:58PM | | 5:59PM | | |
| Wed 1/09 | | | | | | |
| | 9:00AM-6:00PM | 9:01AM | | 10:17AM | | |
| | | 10:36AM | | 3:26PM | | |
| | | 4:04PM | | 6:05PM | | |
| Thu 1/10 | | | | | | |
| | 9:00AM-6:00PM | 9:03AM | | 3:06PM | | |
| | | 3:58PM | | 6:03PM | | |
| Fri 1/11 | | | | | | |

5 of 9

4/3/19, 14:50

https://ltsrv.mylowaslife.com/wfcstatic/application...

| Date | Schedule | In | | Out | | Transfer |
|---|---|---|---|---|---|---|
| | 9:00AM-5:00PM | | | | | |
| Sat 1/12 | | | | | | |
| Sun 1/13 | | | | | | |
| Mon 1/14 | | | | | | |
| | 9:00AM-6:00PM | 8:56AM | | 2:08PM 💬 | | |
| Tue 1/15 | | | | | | |
| | 9:00AM-2:30PM | 9:01AM | | 2:42PM 💬 | | |
| Wed 1/16 | | | | | | |
| | 9:00AM-6:00PM | | | | | |
| Thu 1/17 | | | | | | |
| | 9:00AM-6:00PM | 9:03AM | | 2:08PM 💬 | | left early Due to stress |
| Fri 1/18 | | | | | | |
| | 9:00AM-5:00PM | 9:02AM | | 3:07PM 💬 | | |
| Sat 1/19 | | | | | | |
| Sun 1/20 | | | | | | |
| Mon 1/21 | | | | | | |
| | 9:00AM-6:00PM | 8:55AM | | 3:06PM | | |
| | | 4:08PM | | 5:06PM 💬 | | |
| Tue 1/22 | | | | | | |
| | 9:00AM-6:00PM | 8:56AM | | 2:37PM | | |
| | | 3:41PM | | 5:54PM 💬 | | |
| Wed 1/23 | | | | | | |
| | 9:00AM-6:00PM | 9:01AM | | 3:03PM | | |
| | | 3:58PM | | 5:19PM 💬 | | |
| Thu 1/24 | | | | | | |
| | 9:00AM-6:00PM | 9:01AM | | 3:00PM | | |
| | | 3:36PM | | 6:03PM 💬 | | |
| Fri 1/25 | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | 9:00AM-5:00PM | 8:52AM | | 4:58PM 💬 | | |
| Sat 1/26 | | | | | | |

https://ltsrv.myloweslife.com/wfcstatic/application...

| Date | Schedule | In | Out | Transfer |
|---|---|---|---|---|
| Tue 11/13 | | | | |
| | 9:00AM-6:00PM | 8:50AM | 3:04PM | |
| | | 3:59PM | 5:08PM 💬 | |
| Wed 11/14 | | | | |
| | 10:00AM-6:00PM | 8:55AM | 2:12PM | |
| | | 3:24PM | 4:14PM 💬 | |
| Thu 11/15 | | | | Manager didn't change schedule to 10 Am |
| | 9:00AM-5:00PM | 10:00AM 💬 | 2:50PM | |
| | | 3:40PM | 4:50PM 💬 | |
| Fri 11/16 | | | | |
| Sat 11/17 | | | | |
| Sun 11/18 | | | | |
| Mon 11/19 | | 8:00AM | | |
| Tue 11/20 | | 8:00AM | | |
| Wed 11/21 | | 8:00AM | | |
| | | 8:00AM | | |
| Thu 11/22 | | | | |
| Fri 11/23 | | | | |
| | | 8:00AM | | |
| Sat 11/24 | | | | |
| Sun 11/25 | | | | |
| Mon 11/26 | | | | |
| | 9:00AM-6:00PM | 8:57AM | 12:00PM | |
| | | 3:44PM | 6:10PM | |
| Tue 11/27 | | | | |
| | 9:00AM-6:00PM | 9:03AM | 3:01PM | |
| | | 4:05PM | 6:00PM 💬 | |
| Wed 11/28 | 9:00AM-6:00PM | 9:03AM | 2:01PM | |
| | | 3:05PM | 6:17PM | |
| Thu 11/29 | | | | |
| | 9:00AM-6:00PM | 9:01AM | 9:57AM | |
| | | 1:10PM | 3:48PM | |
| | | 3:55PM | 6:01PM | |
| Fri 11/30 | | | | |

2 of 9

4/3/19, 14:50

https://ltsrv.myloweslife.com/wfcstatic/application...

| Date | Schedule | In | | Out | | Transfer |
|---|---|---|---|---|---|---|
| | 9:00AM-5:00PM | 9:00AM | | 2:00PM | | |
| | | 3:04PM | | 4:42PM 💬 | | |
| Sat 12/01 | | | | | | |
| Sun 12/02 | | | | | | |
| Mon 12/03 | | | | | | |
| | 9:00AM-6:00PM | 9:00AM | | 11:58AM | | |
| | | 3:10PM | | 6:01PM | | |
| Tue 12/04 | | | | | | |
| | 9:00AM-6:00PM | 9:04AM | | 1:31PM | | |
| | | 3:06PM | | 6:01PM 💬 | | |
| Wed 12/05 | | | | | | |
| | 9:00AM-6:00PM | | | | | |
| Thu 12/06 | | | | | | |
| | 9:00AM-6:00PM | 9:03AM | | 2:59PM | | |
| | | 3:57PM | | 6:04PM 💬 | | |
| Fri 12/07 | | | | | | |
| | 9:00AM-5:00PM | 8:58AM | | 3:10PM 💬 | | |
| Sat 12/08 | | | | | | |
| Sun 12/09 | | | | | | |
| Mon 12/10 | | | | | | |
| | 9:00AM-6:00PM | 8:55AM | | 1:27PM | | |
| | | 5:43PM | | 6:04PM | | |
| Tue 12/11 | | | | | | |
| | 9:00AM-6:00PM | 9:02AM | | 3:04PM | | |
| | | 4:05PM | | 6:00PM 💬 | | |
| Wed 12/12 | | | | | | |
| | 9:00AM-6:00PM | 9:07AM | | 3:04PM | | |
| | | 4:04PM | | 6:05PM 💬 | | |
| Thu 12/13 | | | | | | |
| | 9:00AM-6:00PM | 9:00AM | | 2:59PM | | |
| | | 3:54PM | | 5:47PM 💬 | | |

4/3/19, 14:50

https://ltsrv.myloweslife.com/wfcstatic/application...

| Date | Schedule | In | Out | Transfer |
|---|---|---|---|---|
| Sun 1/27 | | | | |
| Mon 1/28 | | | | |
| | 9:00AM-6:00PM | 9:02AM | 3:02PM | |
| | | 4:04PM | 4:57PM | |
| Tue 1/29 | | | | |
| | 9:00AM-6:00PM | 9:07AM | 1:17PM | |
| Wed 1/30 | | | | |
| | 9:00AM-6:00PM | 8:59AM | 3:21PM | |
| Thu 1/31 | | | | |
| | 9:00AM-6:00PM | 8:56AM | 3:04PM | |
| | | 3:43PM | 5:44PM | |
| Fri 2/01 | | | | |
| | 9:00AM-5:00PM | 9:02AM | 3:55PM | |
| Sat 2/02 | | | | |
| Sun 2/03 | | | | |
| Mon 2/04 | | | | |
| | 9:00AM-6:00PM | 9:00AM | 2:19PM | left early Due to stress/ plus sick with flu |
| Tue 2/05 | | | | |
| | 9:00AM-6:00PM | | | |
| Wed 2/06 | | | | |
| | 9:00AM-6:00PM | 8:57AM | 2:59PM | left early stress/ sick with flu |
| | | 4:04PM | 5:03PM | |
| Thu 2/07 | | | | |
| | 9:00AM-6:00PM | | | Sick with flu |
| Fri 2/08 | | | | |
| | 9:00AM-5:00PM | | | |
| Sat 2/09 | | | | |
| Sun 2/10 | | | | |
| Mon 2/11 | | | | |

7 of 9

4/3/19, 14:50

https://ltsrv.myloweslife.com/wfcstaticapplication...

| Date | Schedule | In | Out | Transfer |
|------|----------|-----|------|----------|
| | 9:00AM-6:00PM | 8:52AM | 2:09PM | |
| | | 2:58PM | 5:09PM 💬 | |
| Tue 2/12 | | | | |
| | 9:00AM-6:00PM | 8:59AM | 2:57PM | |
| | | 4:00PM | 6:09PM 💬 | |
| Wed 2/13 | | | | |
| | 9:00AM-6:00PM | 9:00AM | 3:00PM | |
| | | 4:01PM | 6:01PM 💬 | |
| Thu 2/14 | | | | |
| | 9:00AM-6:00PM | 9:00AM | 4:00PM 💬 | |
| Fri 2/15 | | | | |
| | | 12:00AM | | |
| Sat 2/16 | | | | |
| Sun 2/17 | | | | |
| Mon 2/18 | | 12:00AM | | |
| Tue 2/19 | | | | |
| | 9:00AM-6:00PM | 8:58AM | 10:02AM | |
| | | 12:05PM | 3:00PM | |
| | | 4:01PM | 5:00PM 💬 | left early Due to stress |
| Wed 2/20 | | | | |
| | 9:00AM-6:00PM | 8:58AM | 3:05PM | |
| | | 3:58PM | 6:02PM 💬 | |
| Thu 2/21 | | 12:00AM | | |
| Fri 2/22 | | | | |
| | | 12:00AM | | |
| Sat 2/23 | | | | |
| Sun 2/24 | | | | |
| Mon 2/25 | | 12:00AM | | |
| Tue 2/26 | | | | |
| | 9:00AM-6:00PM | 8:58AM | 10:57AM | |
| | | 11:28AM | 1:00PM 💬 | |
| Wed 2/27 | | | | |
| | 9:00AM-6:00PM | 9:00AM | 1:40PM 💬 | |

4/3/19, 14:50

Case: 3:20-cv-00298-GHD-JMV Doc #: 1 Filed: 11/09/20 50 of 100 PageID #: 50

# Vac Days

## Pollard, Charmeka - Charmeka D

Fri 7/19/2019 7:15 AM

To:Bryan, Melissa - Melissa L <Melissa.L.Bryan@store.lowes.com>; Guzman, Edgar - Edgar G <Edgar.G.Guzman@store.lowes.com>;

Edgar,

I submitted some time off for Aug. 1st and Aug. 2nd still you put me on schedule anyways. That's the week of our church revival which will be out of town. Also, Saturday Aug. 3rd I will still be out of town. Can I work that Monday?

Thanks

Case: 3:20-cv-00298-GHD-JMV Doc #: 1 Filed: 11/09/20 51 of 100 PageID #: 51

# time

## Pollard, Charmeka - Charmeka D

Tue 4/9/2019 12:23 PM

To:Bryan, Melissa - Melissa L <Melissa.L.Bryan@store.lowes.com>; Beisler, Chris - Chris J <chris.j.beisler@lowes.com>; Ellison, Marvin - Marvin <marvin.ellison@lowes.com>;

Just wanted to know, what's the reason this time for refusing my Vac time for April 22th?

time

## Pollard, Charmeka - Charmeka D

Thu 4/11/2019 10:52 AM

To:Tutor, Maggie - Maggie L <maggie.l.tutor-1@store.lowes.com>; Mason, Lesley - Lesley A <lesley.a.mason@store.lowes.com>;

Hello,

I am going to leave early today because I am still having some pain. I haven't heard from Worker's Comp to schedule me physical therapy. I will call the 800-44-Lowes to get update. Can I use my Vac time?

Case: 3:20-cv-00293-GHD-JMV Doc #: 1 Filed: 11/09/20 52 of 100 PageID #: 52

Case: 3:20-cv-00293-GHD-JMV Doc #: 1 Filed: 11/09/20 53 of 100 PageID #: 53

# RE: time

**Bryan, Melissa - Melissa L**

Fri 4/12/2019 1:06 PM

To:Pollard, Charmeka - Charmeka D <charmeka.d.pollard@store.lowes.com>;

Per our conversation today, the reason for the refused day off on April 22, 2019, is due to another associate in your department being on vacation. This email confirms that I have addressed your concerns and if you have any further questions, feel free to reach out to me.

Melissa Bryan
Store Manager, Lowes Batesville
662-710-1000

**From:** Pollard, Charmeka - Charmeka D
**Sent:** Tuesday, April 9, 2019 4:23 PM
**To:** Bryan, Melissa - Melissa L <Melissa.L.Bryan@store.lowes.com>; Beisler, Chris - Chris J <chris.j.beisler@lowes.com>; Ellison, Marvin - Marvin <marvin.ellison@lowes.com>
**Subject:** time

Just wanted to know, what's the reason this time for refusing my Vac time for April 22th?

Case: 3:20-cv-00298-GHD-JMV Doc #: 1 Filed: 11/09/20 54 of 100 PageID #: 54

time

**Pollard, Charmeka - Charmeka D**

Fri 4/12/2019 8:38 AM

To:Guzman, Edgar - Edgar G <Edgar.G.Guzman@store.lowes.com>; Tutor, Maggie - Maggie L <maggie.l.tutor-1@store.lowes.com>;

Hello, I am going to go ahead and go home I'm still hurting really bad. I will like to use VAC.

Case: 3:20-cv-00298-GHD-JMV Doc #: 1 Filed: 11/09/20 55 of 100 PageID #: 55

# Re: time

### Pollard, Charmeka - Charmeka D

Mon 4/15/2019 8:58 AM

To:Bryan, Melissa - Melissa L <Melissa.L.Bryan@store.lowes.com>;

OK. PER OUR CONVERSATION. IT'S NOT THE FIRST TIME TWO ASSOCIATE HAS BEEN OUT THE SAME TIME. PLUS I TOLD YOU MY SON HAS A DOCTOR'S APPOINTMENT.

**From:** Bryan, Melissa - Melissa L
**Sent:** Friday, April 12, 2019 1:06:22 PM
**To:** Pollard, Charmeka - Charmeka D
**Subject:** RE: time

Per our conversation today, the reason for the refused day off on April 22, 2019, is due to another associate in your department being on vacation. This email confirms that I have addressed your concerns and if you have any further questions, feel free to reach out to me.

Melissa Bryan
Store Manager, Lowes Batesville
662-710-1000

**From:** Pollard, Charmeka - Charmeka D
**Sent:** Tuesday, April 9, 2019 4:23 PM
**To:** Bryan, Melissa - Melissa L <Melissa.L.Bryan@store.lowes.com>; Beisler, Chris - Chris J <chris.j.beisler@lowes.com>; Ellison, Marvin - Marvin <marvin.ellison@lowes.com>
**Subject:** time

Just wanted to know, what's the reason this time for refusing my Vac time for April 22th?

Case: 3:20-cv-00298-GHD-JMV Doc #: 1 Filed: 11/09/20 56 of 100 PageID #: 56

## EARLY DAY

### Pollard, Charmeka - Charmeka D

Mon 4/15/2019 9:03 AM

To:Guthridge, Kenneth - Kenneth E <kenneth.e.guthridge@store.lowes.com>; Guzman, Edgar - Edgar G
<Edgar.G.Guzman@store.lowes.com>; Bryan, Melissa - Melissa L <Melissa.L.Bryan@store.lowes.com>;


MY LITTLE SISTER IS HAVING KNEE SURGERY TODAY MY MOTHER CALLED SAID SHE
WON'T BE BACK HOME IN TIME TO GET MY SON OFF THE BUS SO I AM LEAVING FOR
THE DAY TO GET MY SON OFF THE BUS


THANKS

Case: 3:20-cv-00293-GHD-JMV Doc #: 1 Filed: 11/09/20 57 of 100 PageID #: 57

Schedules for the next three weeks

Bryan, Melissa - Melissa L

Wed 4/17/2019 1:32 PM

To:DL-ST-1757-ALL EMP <DL-ST-1757-ALLEMP@lowes.com>;

You need to make sure that you check you schedules.  We have had to make some adjustments.  If you are not on the schedule, please do not come in.

Case: 3:20-cv-00298-GHD-JMV Doc #: 1 Filed: 11/09/20 58 of 100 PageID #: 58

hours cut

Pollard, Charmeka - Charmeka D

Fri 4/19/2019 6:14 AM

To:Bryan, Melissa - Melissa L <Melissa.L.Bryan@store.lowes.com>; Guthridge, Kenneth - Kenneth E <kenneth.e.guthridge@store.lowes.com>;

Melissa since you are cutting hours for the next 3 weeks. Can I work 1pm-6pm on the 2nd of May?


Thanks,

Case: 3:20-cv-00298-GHD-JMV Doc #: 1 Filed: 11/09/20 59 of 100 PageID #: 59

time

### Pollard, Charmeka - Charmeka D

Wed 4/17/2019 11:07 AM

To:Tutor, Maggie - Maggie L <maggie.l.tutor-1@store.lowes.com>;

Maggie,

Had to pull another load today I need to go take some meds because my back feels like its pulling will like to use 2hrs sick time

Thanks

Case: 3:20-cv-00293-GHD-JMV Doc #: 1 Filed: 11/09/20 60 of 100 PageID #: 60

# give back

### Pollard, Charmeka - Charmeka D

Wed 5/1/2019 6:59 AM

To:Tutor, Maggie - Maggie L <maggie.l.tutor-1@store.lowes.com>; Guthridge, Kenneth - Kenneth E
<kenneth.e.guthridge@store.lowes.com>; Guzman, Edgar - Edgar G <Edgar.G.Guzman@store.lowes.com>;

Maggie,

My son's school is having a Walk A Thon on Friday April 3rd to raise money for books and etc.
Can I use give back time?

Thanks,

Case: 3:20-cv-00293-GHD-JMV Doc #: 1 Filed: 11/09/20 61 of 100 PageID #: 61

# 6/15 and 6/16

### Pollard, Charmeka - Charmeka D

Tue 5/7/2019 6:02 AM

To: Bryan, Melissa - Melissa L <Melissa.L.Bryan@store.lowes.com>; Tutor, Maggie - Maggie L <maggie.l.tutor-1@store.lowes.com>; Guzman, Edgar - Edgar G <Edgar.G.Guzman@store.lowes.com>; Guthridge, Kenneth - Kenneth E <kenneth.e.guthridge@store.lowes.com>;

Hello,

I have some important appointments coming up on the 6/15 and 6/16. Wanted to know can someone changed my schedule to 9am-1pm?

Thanks,

*# Note: After realizing my mistake on the days I verbally told Melissa, Edgar, and Kenneth that it's the 5/15 and 5/16 instead of 6/15 and 6/16. But once again NO change.*

Case: 3:20-cv-00298-GHD-JMV Doc #: 1 Filed: 11/09/20 62 of 100 PageID #: 62

# sick time

## Pollard, Charmeka - Charmeka D

Tue 5/7/2019 5:52 AM

To:Bryan, Melissa - Melissa L <Melissa.L.Bryan@store.lowes.com>; Tutor, Maggie - Maggie L <maggie.l.tutor-1@store.lowes.com>;

Melissa,

I called in on yesterday 05/06/19 you asked me why was I calling in am I sick or something? I said my son is. Thinking you asked me so that you can put my sick time in for that day. Didn't see it on my time card so can you please put my 6hrs sick in for yesterday.

Thanks,

Case: 3:20-cv-00293-GHD-JMV Doc #: 1 Filed: 11/09/20 63 of 100 PageID #: 63

# sick time

### Pollard, Charmeka - Charmeka D

Wed 5/8/2019 7:02 AM

To:Bryan, Melissa - Melissa L <Melissa.L.Bryan@store.lowes.com>; Guzman, Edgar - Edgar G
<Edgar.G.Guzman@store.lowes.com>;

hey,

Can you please put me in for 6hrs sick for Monday 05/06?

Thanks

# time

## Pollard, Charmeka - Charmeka D

Thu 5/16/2019 6:17 AM

To:Bryan, Melissa - Melissa L <Melissa.L.Bryan@store.lowes.com>; Beisler, Chris - Chris J <chris.j.beisler@lowes.com>; Ellison, Marvin - Marvin <marvin.ellison@lowes.com>;

---

hello,

Will like to know why this time you are refusing my Vac once again? No one is on Vac that week and plus I've only use 31.46 Vac time so far! What's the reason this time?

Thanks,

Psalms 37

Case: 3:20-cv-00293-GHD-JMV Doc #: 1 Filed: 11/09/20 64 of 100 PageID #: 64

Case: 3:20-cv-00293-GHD-JMV Doc #: 1 Filed: 11/09/20 65 of 100 PageID #: 65

## sick time

Pollard, Charmeka - Charmeka D

Fri 7/26/2019 1:24 PM

To:Mason, Lesley - Lesley A <lesley.a.mason@store.lowes.com>; Osborn, Sherry - Sherry <sherry.osborn@store.lowes.com>; Guzman, Carlos - Carlos M <Carlos.M.Guzman@store.lowes.com>;

hey,

Left to go to Doc in Oxford at 9:11 will like to use 2 hrs sick time

Thanks

C

# Fw: training

**Pollard, Charmeka - Charmeka D**

Mon 10/8/2018 6:37 AM

To:Ellison, Marvin - Marvin <marvin.ellison@lowes.com>;

Good morning,

I've been with Lowe's for 11 years now and this is the first time I have experience such racism from staff at this store 1757 Batesville, MS. I came from Lowe's in North Little Rock. AR couple years ago. NEVER had to work in such hostile place before. No one will fix the issue so hopefully this will help. I'm a single mother and do not want to jeopardize my career with Lowe's. I love our customers. Just overwhelmed with this racism and harassment. It's not just with me trust me, many more associate's dealing with same issue. Yes, I've talked with HR and store manger many of time about Jack (ASM)! Mrs. Maggie tells me "you know how he is"! Are you serious? They takes up for him alot doesn't matter what, he's never wrong. Him and other's walks around with tobacco in their mouth. He's dating an associate. So, Is this in his Job Description? He's always harassing the Black associate's!

What should I do? Get EEOC involved?

Thanks for your time!
God Bless!

Charmeka Pollard (ProSales)
901-305-0696





1000 Lowes Blvd
Mooresville, NC 28117

August 9, 2019

To Whom It May Concern:

This letter is to verify Charmeka Pollard (Associate ID # 001163424) was employed by Lowe's from their hire date of 04/25/2007 until employment ended on 08/05/2019. Charmeka Pollard is no longer employed by Lowe's.

For additional employment verification information, please visit www.theworknumber.com, employer code (11116) or call 1-800-367-2884.

Thank you,

Joy G.
Associate Care Center
1-844-HRLOWES

# YAHOO! MAIL

**Subject**   Re: [EXTERNAL] termination document

**From**   meka pollard <charmeka.pollard@yahoo.com>

**To:**   lakesha.holbrook@lowes.com <lakesha.holbrook@lowes.com>, Marvin.ellison@lowes.com <Marvin.ellison@lowes.com>

**Date**   Thu, Aug 8, 2019 at 11:54 AM

Sent from Yahoo Mail on Android

On Thu, Aug 8, 2019 at 11:35 AM, meka pollard
<charmeka.pollard@yahoo.com> wrote:

Sent from Yahoo Mail on Android

On Thu, Aug 8, 2019 at 11:33 AM, Holbrook, Lakesha - Lakesha
<lakesha.holbrook@lowes.com> wrote:

Outlook for iOS

**From:** meka pollard <charmeka.pollard@yahoo.com>
**Sent:** Thursday, August 8, 2019 10:52:22 AM
**To:** Holbrook, Lakesha - Lakesha <lakesha.holbrook@lowes.com>; Ellison, Marvin - Marvin
<marvin.ellison@lowes.com>
**Subject:** [EXTERNAL] termination document

*EXTERNAL SENDER*

Sent from Yahoo Mail on Android

D

time

Pollard, Charmeka - Charmeka D

Wed 4/17/2019 11:07 AM

To:Tutor, Maggie - Maggie L <maggie.l.tutor-1@store.lowes.com>;

Maggie,

Had to pull another load today I need to go take some meds because my back feels like its pulling will like to use 2hrs sick time

Thanks

1 of 2

4/17/19, 15:07

# Customer-Centric Schedules
*Pro*



## SHIFT PREFERENCE FORM

Pro associates have a chance to submit a preference for their desired shift window (opening or mid-day). Store management will evaluate submissions and assign a recurring schedule pattern to associates. Kronos will then schedule FT associates on that recurring rotation to provide more consistency week to week. Like today, all associates will have their schedules posted 17 days in advance, but the days scheduled will generally reflect the recurring schedule rotation throughout the year. This program is designed to provide consistency both in terms of days scheduled and shift times.

All FT associates in Pro will be assigned a specific shift effective Saturday, July 20, 2019. Each store has different requirements for the number of opening or midshifts available to choose from; your manager will review the details with you.

Complete the form below and submit to your manager no later than Monday, June 24, 2019. Every effort will be made to ensure associates are assigned shifts based on the preferences ranked below. If the associate has an approved schedule accommodation, they should contact their manager to discuss prior to completing this form.

| Store # | Associate Name | Sales ID | Department |
|---|---|---|---|
| 1757 | Charmeka Pollard | 1163424 | Pro Sales |

**Rank the shifts with "1" being your most preferred shift and "3" being your least preferred shift window.**

| Available Shift Times [1] | Rank |
|---|---|
| M - F   9 - 6 | 1 |
| M - F   9 - 6 | 2 |
| M - F   9 - 6 | 3 |

[1] Store management will share the specific shifts available during each department meeting. Associates can write-down the shift times here.

© 2019 Lowe's. All rights reserved.

CONFIDENTIAL, NOT FOR EXTERNAL DISTRIBUTION

Case 3:20-cv-00293-CHB-JMV Doc #: 1 Filed: 11/09/20 74 of 100 PageID #: 74

# Pro CSA

### Pollard, Charmeka - Charmeka D

Fri 7/26/2019 7:43 AM

To:Bryan, Melissa - Melissa L <Melissa.L.Bryan@store.lowes.com>; Guzman, Edgar - Edgar G <Edgar.G.Guzman@store.lowes.com>;

Hey,

When I first started this Pro CSA position I was told that I'll only have to work one Saturday a month. Now, yall trying to make me work every Saturday. Melissa you already know my situation about my son even before you offer this position to me. Why now? We all know that Pro CSA schedule as always been Sunday and Monday off for years but for this location (Batesville) doesn't really need an associate to be here every Saturday. It's like you all always trying to make it difficult for me or trying to find away to target me. I understand that new scheduling was only for changing hours wise nothing dealing with off days. Hopefully we can come up with something.

Meka

# Job Description

**Job Title:** Customer Service Associate - ProServices

**Job Code:** SH0028-SH0030, SH0036-SH0037

**Department:** 404

## General Description/Purpose

The primary function of the Customer Service Associate (CSA) ProServices is to assist customers, primarily at the ProServices desk. This includes building relationships with the Pro customer, honoring the price guarantee, taking and following up on orders, following up on quotes, and arranging for product deliveries. The CSA ProServices is required to respond to customer inquiries and support them throughout their shopping experience including promoting customer loyalty plans and/or extended protection/replacement plans where appropriate. The CSA ProServices is also responsible for maintaining a safe and secure work environment by conducting daily safety reviews, noting hazards, keeping store areas clean and organized, and monitoring for potential theft or security risks. Lastly, the CSA ProServices is responsible for completing all other duties as assigned.

## Work Schedule

Requires morning, afternoon, and evening availability any day of the week. Required to work a Corporate schedule determined by Staffing Department, but may be changed by store management based on the needs of the store. Requests to be scheduled off for a specific day require advanced notification and approval by supervisor. Hourly Full Time or Part Time: Generally scheduled 39 to 40 or 10 to 25 hours per week, respectively; more hours may be required based on the needs of the store.

## Scope

This position reports to an Assistant Store Manager- Sales and does not have direct reports.

## Essential Knowledge, Skills, and Abilities

Acting with Honor and Character: Trustworthiness

Basic Equipment Use/Assembly: Department Equipment and Systems Use in Assigned Area(s); Handheld Devices; LRT Scanner

Dealing with Trouble: Conflict Resolution

Decision Making: Analysis and Interpretation

Focusing on the Bottom Line: Drive; Target Markets

General Home Construction: Home Improvement

General Product or Service Knowledge: Demonstration; Department Merchandise in Assigned Area(s); Merchandise

Loading/Receiving: Loading

Policies & Procedures: Lowe's Services and Programs; UPC Tags

Register Activities: Register Operation; Transactions (Customer Service)

Relating Skills: Build Relationships

Sales/Selling Orientation: Competition; Lowe's Credit Programs; Lowe's Sales Programs; Sales Orientation; Selling Proficiency

## Key Responsibilities

- Uses Genesis to prioritize loads, print pricing labels, and to look up items or item numbers for price and inventory information.
- Responds to code 50's, call buttons, departmental pages, or requests for assistance.
- Provides customer service at all times through the daily execution of (and not limited to) the customer greeting, phone answering, price guarantee and special order, and Installed Sales and Delivery programs.
- Notifies Manager/Manager on Duty (MOD) of customer complaints, dissatisfaction, and procedure violations.
- Writes down customer information and date of pick up and attaches the information to orders.
- Provides superior customer service at all times through the daily execution of Lowe's customer service policies, procedures and programs (e.g., customer greeting, 3 in-line, phone answering, Price Guarantee, Special Order, Installed Sales, Delivery programs).

Effective Date: 1/17/2017

Page 1 of 4

# Job Description

**Job Title:** Customer Service Associate - ProServices

**Job Code:** SH0028-SH0030, SH0036-SH0037

**Department:** 404

## Key Responsibilities (Continued)

- Provides customer service by engaging customers; answering questions regarding the store, its merchandise, Lowe's policies and warranties; sharing information related to current sales and promotions; recommending and locating merchandise and solutions for customers; describing merchandise ues, operation, and care; processing phone, fax, and email orders for customers; placing special orders and calling other stores to find desired merchandise.

- Follows-up with customers to ensure all order and project requirements are satisfactorily met.

- Reviews Due File to ensure order was sold and tracks it.

- Provides customer service to walk-up customers and conducts sales activities at the ProServices desk by building relationships with Pro customers (primarily); contacting customers to promote products, asking lifestyle questions, and assessing needs; matches product recommendations to customer needs; pulling call-ahead and delivery orders; and explaining the value and convenience of product Lowe's sells (e.g., capabilities of different products).

- Follows up on all quotes within 24 hours.

- Complies with company policies, procedures, and standards for merchandising, housekeeping, safety, and security.

- Performs sales transactions by computing sales prices and total purchase prices; preparing sales slips and sales contracts; and maintaining sales records.

- Maximizes sales and margin by identifying sales opportunities; and recommending additional items to support customer needs.

- Assists customers as needed in locating, demonstrating, selecting, carrying, and/or loading merchandise.

- Plans and arranges for simple to complex product deliveries.

- Determines root cause of customer issues to proactively address them.

- Opens business accounts through in-person and over-the-phone customer interaction; and sets up and evaluates business accounts by processing application, reviewing credit approval, and evaluating appropriateness of commercial account.

- Addresses and/or escalates customer complaints; and notifies Manager/Manager on Duty (MOD) of customer dissatisfaction or procedure violations.

- Follows ProServices monthly directives and programs to contact and capture Pro business customers.

- Utilizes Pro Business Management (PBM) to contact and build relationships with customers, enter quality comments, and enter sales driving follow-up actions.

- Detects common signs of shoplifting, theft, and other security risks, and promptly communicates them to management and/or Loss Prevention.

- Communicates with vendors (e.g., Grainger) to determine customers' needs (e.g., types of products customers need).

- Follows IMPACT model of customer service by initiating, making assessment, providing assistance, adding on sales, closing sales, and thanking the customer.

- Stays abreast of and obtains ProServices information from ProServices Community in Connections; and completes the ProServices training programs in the Learning Management System along with any other training and/or certification programs available.

- Ensures all ProServices behind the desk signage is maintained and filled with current ProServices literature by using the setup and ordering instructions on the ProServices Supplies wiki in the ProServices Community.

- Utilizes department tools and resources to assist customers with home improvement/project plans.

- Manages and maintains the Business Replenishment Program (BRP); promotes program to all Pro customers; and contacts BRP customers bi-weekly.

- Provides prompt support to all checkout functions.

Effective Date: 1/17/2017

Page 2 of 4

# Job Description

**Job Title:** Customer Service Associate - ProServices

**Job Code:** SH0023-SH0030, SH0036-SH0037

**Department:** 404

## Key Responsibilities (Continued)

- Promotes and offers customers extended protection plans and replacement plans on any qualifying products.
- Promotes and offers customer loyalty programs (e.g., MyLowes).

## Physical Requirements

Lifts up to 25 pounds without assistance; may lift up to 40 pounds with or without assistance.

**Agility:** The ability to bend, stretch, twist, or reach out with the body, arms, or legs to perform job tasks. This includes the ability to move throughout all areas of the store (e.g., sales floor, receiving, register areas, lawn and garden), Lowe's property surrounding the store, or additional work areas.

**Climbing:** The ability to climb, work, and carry items up and down ladders.

**Hand-Eye Coordination:** The ability to coordinate one's eyes with one's fingers, wrists, or arms to move, carry, or manipulate objects or to perform other job-related tasks.

**Manual Dexterity:** The ability to make quick, accurate, skillful, coordinated movements of one hand, one hand in coordination with its arm, or two hands to grasp, place, move, or assemble objects.

**Physical Strength:** The ability to lift, push, pull, or carry objects using hands, arms, back, abdominal muscles, shoulders, legs, or a combination of these muscle groups.

**Proper Lifting Techniques:** The ability to properly lift heavy objects or equipment. This includes the knowledge of correct bending and lifting techniques as needed to properly position and use one's hands, feet, legs, arms, and back to lift objects or equipment, and to push, pull, and carry heavy objects.

**Protective Equipment:** The ability to wear all necessary personal protective equipment to perform job functions.

**Safety Harness:** The ability to wear the safety harness to perform job functions.

**Stamina:** The ability to exert oneself physically over long periods of time. This may include performing repetitive or strenuous tasks as well as standing and sitting for long periods.

**Visual Acuity:** The ability to see details (e.g., letters, numbers, codes, color, symbols, marks, labels, signs, video displays including iPads) clearly to accomplish work tasks in a safe and efficient manner.

**Work Conditions:** The ability to perform job activities, with appropriate intermittent relief where applicable, under difficult work conditions such as in extreme cold, heat, inclement weather, at heights, while exposed to constant/intermittent sounds.

# YAHOO! MAIL

**Subject**  Docket number 245794

**From**  meka pollard <charmeka.pollard@yahoo.com>

**To:**  appeals@mdes.ms.gov <appeals@mdes.ms.gov>

**Date**  Mon, Oct 7, 2019 at 12:11 PM

Hello Judge Shanon Patton,

I am emailing you a brief statement along with emails and EEOC documents.

I have been harrassed, discriminated, and retaliated by store manager Melissa Bryant and other managers. On November 8, 2018 I filed a case against Jack Norris one of her managers at Lowe's. Every since then Melissa has been trying to find a way to terminate me. She started by refusing my time off Vacation, Holiday and even Unpaid. Along with the harrassment me about what I'm wearing as well as coming up with impossible tasks to complete alone. She assigned me extra lifting duties which cause me to injury my back and shoulder. The day Melissa and Edgar called me into the office for termination I was told it was because of my attendance Melissa. I did not received a copy of the termination only an oral termination. I called Lowe's HR hotline to request for my termination documents the representative said that I'm still active and Melissa is still trying to get my termination approved. I've given Lowe's 12 year's of my life and to be torture and harrass everyday because of my complaints to the CEO, HR, and EEOC doesn't give her a right to treat me in this matter.

Sent from Yahoo Mail on Android

000051

Termination Report for Chatooka D Pollard

Records show the following attendance occurrences: (See attached Kronos timecard).

4/11/2019 left early — Vac. 2.00hr / Sent email

4/12/2019 left early — Sent email

4/17/2019 left early — pulled order emailed

5/3/2019 Absent — Not for Give Back Time

5/15/2019 left early — emailed — son App

5/16/2019 left early — emailed — son App

5/22/2019 arrive late — 7.75 re-Arived DMP — reskhdled son App

5/24/2019 left early — left at 4 pm

5/27/2019 Absent ok

6/1/2019 Absent — $ wasn't scheduled

6/6/2019 arrive late and left early ok

6/10/2019 left early 5:30 pm

6/17/2019 arrive late 9:17

6/18/2019 arrive late 9:08

6/20/2019 arrive late 9:07

6/21/2019 Absent — Vac Not Approve

7/1/2019 Absent = OK

7/9/2019 left early

7/20/2019 arrive late — Sat 9:14

7/27/2019 Absent — Sat

Termination Reason:

May-27th

Your employment is terminated immediately.

## while on light duty

**Bryan, Melissa - Melissa L**

Tue 5/21/2019 1:18 PM

To:Pollard, Charmeka - Charmeka D <charmeka.d.pollard@store.lowes.com>;

Cc:Guzman, Edgar - Edgar G <Edgar.G.Guzman@store.lowes.com>; Guthridge, Kenneth - Kenneth E
<kenneth.e.guthridge@store.lowes.com>;

Charmeka,

To follow up from our conversation today, you will be working at the front of aisle 1 greeting customers and asking for credit.  You will have a daily budget of 8 LCC and 1 PRO app per day or a weekly budget of 35 LCC apps and 3 PRO apps.  We will review your performance every Monday for the previous week.  I am excited to see how you exceed the budgets that have been set.

Thank you,

Melissa Bryan
Store Manager, Lowes Batesville
662-710-1000

1 of 2

6/14/19, 13:06

# YAHOO! MAIL

**Subject**   Jobs

**From**   meka pollard <charmeka.pollard@yahoo.com>

**To:**   kevin.d.olsen@lowes.com <kevin.d.olsen@lowes.com>

**Date**   Mon, Feb 4, 2019 at 8:55 AM

Kevin, I've applied for several of jobs with Lowe's and only had one interview that's because I mention to the Manager that I don't know why I can't at least get a interview, so she called to set up a interview what's so strange is that after my interview she goes and say "there you have it your interview" I think because of my previous complaints something fishy is going on because I'm while certified in every area of the store!


Thanks

Sent from Yahoo Mail on Android

Case: 3:20-cv-00293-GHD-JMV Doc #: 1 Filed: 11/09/20 82 of 100 PageID #: 82

Job search     Candidate Zone ∨     Sign Out

⊕ Back

 Hello, Charmeka Pollard!

Jobs     Applications (8)     Searches (1)

Saved Applications ∨

Submitted Applications (8) ∧

| Sales Floor Dept Super... | Sales Floor Dept Super... |
|---|---|
| Store 1721 Southaven | Store 1988 Olive Branch |
| Status: Company Not Interested - 18-Feb-2019 | Status: Company Not Interested - 04-Feb-2019 |

| Sales Specialist Cabinets | Fulfillment Coordinator |
|---|---|
| Store 1988 Olive Branch | Store 1163 Memphis |
| Status: Company Not Interested - 01-Feb-2019 | Status: Company Not Interested - 21-Jan-2019 |

| Sales Specialist ProSer... | Sales Floor Dept Super... |
|---|---|
| Store 1163 Memphis | Store 1163 Memphis |
| Status: Company Not Interested - 21-Jan-2019 | Status: Company Not Interested - 18-Jan-2019 |

| Support Manager | Sales Floor Dept Super... |
|---|---|
| Store 1988 Olive Branch | Store 1988 Olive Branch |
| Status: Company Not Interested - | |

02/20/2019 09:01 AM



**Human Resources**

| Time Off to Attend a Child's School Activities |
| :---: |
| **Appendix** |
| **Effective Date: 4/29/2019** |

Some states require employers to provide time off to associates in specific situations as noted below. In these cases, unless otherwise noted, associates should provide 48 hours' notice prior to the absence and be able to verify attendance. Associates should not be disciplined, terminated, or penalized for absences that meet the state requirements.

State laws are subject to change and supersede any information depicted below.

| State | Associates Covered | Children Covered | Activities Covered | Amount of Leave | Use of Accrued Time | Associate Requirements |
| --- | --- | --- | --- | --- | --- | --- |
| CA | Parent, guardian, or custodial grandparent | K-12 or attending licensed daycare. | Any activity at a child's day-care facility or school. School leave relating to a student's discipline can be taken whenever the school requests the parent's appearance. | Up to 40 hours of school activities leave per year, but no more than eight (8) hours in a single month. No limit applies to school leave relating to a student's discipline. | Unpaid, or associates may use their accrued paid time off. | Associates must give reasonable notice of their need to take leave for school activities or disciplinary meetings. |
| DC | Parents, defined as (1) the natural mother or father of a child, (2) anyone who has legal custody of a | Child. | | Attend or participate in any school-related event or event sponsored by a school or | Up to 24 hours of school activities leave in a 12-month period. | Unpaid, or associates may use their accrued paid time off. | Associates must provide at least 10 calendar days' notice of their need to take leave, unless the |

*Authorized Use Only*

Page 1 of 5

| | | | | | | |
|---|---|---|---|---|---|---|
| | child or acts as a child's guardian, (3) an aunt, uncle, or grandparent of a child, or (4) anyone who is married or is the domestic partner to the parent of a child. | | associated organization, such as a parent-teacher association, and includes (1) a student performance (concert, play, or rehearsal); (2) a sporting game or practice of a school team; (3) a meeting with a teacher or counselor; or (4) any similar type of activity that directly involves the child as a participant or as a subject, but not as a spectator. | | | | need for leave is not reasonably foreseeable. |
| IL | Parents or guardians must have been working for the employer at least part-time for at least six (6) consecutive months immediately before the leave. | Child must be (1) an associate's biological, adopted, or foster child, a stepchild, or a legal ward; and (2) enrolled in a primary or secondary public or private school in Illinois or a state that borders | School conferences or classroom activities related to their children, if such activities cannot be scheduled during non-work hours. | Up to eight (8) hours of school leave per school year, but no more than four (4) hours per day. | Associates must exhaust all accrued paid time off, except for sick and disability leave, before requesting unpaid time off. Management can deny school activities leave if granting leave would result in | Associates must provide written requests for leave at least seven (7) days in advance, or 24 hours' notice if the need is due to an emergency. Associates should consult with management to schedule leave to |

Case: 3:20-cv-00293-GHD-JMV Doc #: 1 Filed: 11/09/20 85 of 100 PageID #: 85

# Fw: request for documents

meka pollard <charmeka.pollard@yahoo.com>

Wed 2/6/2019 11:11 AM

To:Pollard, Charmeka - Charmeka D <charmeka.d.pollard@store.lowes.com>;

Sent from Yahoo Mail on Android

----- Forwarded Message -----
From: "meka pollard" <charmeka.pollard@yahoo.com>
To: "CHARMEKA POLLARD" <charmeka.d.pollard@store.lowes.com>
Sent: Wed, Feb 6, 2019 at 2:06 PM
Subject: Fw: request for documents

Sent from Yahoo Mail on Android

----- Forwarded Message -----
From: "meka pollard" <charmeka.pollard@yahoo.com>
To: "kevin.d.olsen@lowes.com" <kevin.d.olsen@lowes.com>
Sent: Mon, Feb 4, 2019 at 1:08 PM
Subject: request for documents
Can I please have a copy of all disciplinary forms? On Nov. 5th! Area HR said that's why I can't get a job at other stores which I emailed you about this situation the same day.

Thanks

Sent from Yahoo Mail on Android

02/06/2019 02:13 PM

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Illinois. | | | more than five (5) percent of their workforce or five (5) percent of their workers on a shift taking school activities leave at the same time. | avoid undue disruption of operations. |
| MA | Associates are eligible if they have completed three (3) months of employment if there is no probationary period. | Son or daughter. | Activities directly related to educational advancement such as parent-teacher conferences or interviewing for a new school. | Up to 24 hours of school activities leave annually. Associates can take this leave on an intermittent or reduced work schedule basis. | Unpaid or associates may use their accrued paid time off. | Associates must give at least seven (7) days' notice of need for leave. If the need is unexpected, associates must give as much notice as practicable. |
| MN | Associates at any worksite and must have worked 12 consecutive months prior to the request for time off. | Associate's child or foster child who is in school, receives child care services, or is in a prekindergarten (pre-k) program. | School, child care services, and pre-k conferences or school-related activities if these activities cannot be scheduled during non-work hours. | Up to 16 hours of leave for school activities during any 12-month period. | Unpaid or associates may use their accrued paid time off. | Associates must give reasonable notice and make a reasonable effort to schedule the leave so that operations are not unduly disrupted. |
| NJ | Parents, grandparents, or associates who act as parents. | Biological, adopted, or foster child, step child or legal ward of an associate, or child of a domestic | Attending a school related conference, meeting, function, or event requested or | No state requirement. | Associates must use their accrued paid sick time off. | Associates should provide 48 hours' notice prior to the absence. |

Authorized Use Only

| | | | | | | |
|---|---|---|---|---|---|---|
| | | partner or civil union. | | required by the school, or to attend a meeting regarding a child's condition or disability. | | | |
| NV | Associates who are parents, guardians, or custodians of a child enrolled in public or private school. | Child. | | Parent-teacher conferences, school-related activities during normal school hours, volunteering or otherwise being involved during regular school hours at a child's school, and attendance of school-sponsored events. | Up to four (4) hours of school activities leave per school year taken in increments of at least one (1) hour. | Unpaid, or associates may use accrued paid time off. | Associates must provide at least five (5) school days' written notice. If the need is due to an emergency, associates must consult with management before leaving the location. |
| NC | Parents or guardians or who act as parents. | School-aged child. | Attend or otherwise be involved in their child's school or childcare facilities. | Up to four (4) hours of school activities leave per year. | Unpaid, or associates may use their accrued paid time off. | Leave must be taken at a time that is mutually agreeable between management and associates. |
| RI | Parent, foster parent, or guardian who averages 30 | Child. | | School conferences or other school-related activities. | Up to 10 hours of leave over a period of 12 consecutive | Unpaid, or associates may use their accrued paid time off. | Associates must provide at least 24 hours' notice and must make |

| | | | | | | |
|---|---|---|---|---|---|---|
| | hours per week, and has worked for 12 consecutive months. | | | months. | | reasonable efforts to schedule the leave to avoid undue disruption of operations. |
| VT | Associates who average 30 hours a week and have worked for at least one year. | Child, stepchild, foster child, or ward that lives with the associate. | Preschool or school activities directly related to academic educational advancement, such as parent-teacher conferences. | Up to four (4) hours in a 30-day period, but no more than 24 hours in any 12-month period. | Unpaid or the associate may use their accrued time off. | Associates must make a reasonable attempt to schedule appointments outside regular work hours. Associates must give notice of the need for leave as early as possible, but no later than seven (7) days. |



February 5, 2019

**Charmeka Pollard**
**6100 Somerset Drive**
**Lake Horn, MS 38637**

**Re: Request for Disciplinary Forms – Charmeka Pollard, 001163424**

Dear Ms. Pollard,

Your request regarding the above matter was forwarded to my attention for review and response. Please be advised that this request will not be fulfilled as you are not entitled to a copy of your disciplinary forms under the laws of your state.

Information related your wages or verification of employment with Lowe's may be obtained through The Work Number, the Company's employment reference vendor. You can access them, via the internet, at www.theworknumber.com or by phone at 800-367-5690. You will need your Social Security Number and Lowe's employer code 11116 when making your inquiry.

We trust this satisfies Lowe's obligation with respect to this Request. Please feel free to contact me directly should you have any further inquiries or feel that this response is incomplete.

Sincerely,

Norma Hincher
Senior Representative
Lowe's Legal Department / HR Service Center

****update***

## Pollard, Charmeka - Charmeka D

Wed 2/13/2019 8:06 AM

To:Ellison, Marvin - Marvin <marvin.ellison@lowes.com>;

Marvin,

Good morning, I reached out to you last year 10-8-2018 about a couple of issues here at store 1757, Batesville, MS. You directed me to Kevin Olsen Human Relations. Every since then I've been falsely accused, bully, by management here at Lowe's. Melissa (store manager) had falsely accused me of some things and put me on a written that cause me to NOT get promoted or moved to another store. Yes I have filed a case with the EEOC last year. But this does not give management the right to abuse associates. Why don't we as hourly associates have any rights, so you telling me that a Manager's can say or lie on associates and the associate can't defend ourself about the situation?? Yes, I've emailed Kevin Olsen about EVER situation. No, it's not just me having the same issues. Check the claims against this store. We are crying out for help no one seems to want to take Heat about the issues. I've asked for a couple of the disciplinary form but got a certified letter saying that I don't have the right to get a copy of it. I'll get subpoena for that. That's besides the point my point is that, Why don't we have rights?? It's going on my 12 year with the company and NO I refuse to leave or let anyone run me away for with I've worked so hard for! It's heartbreaking to even think about how cruel people can be. Thank you so Much for your time!

## BEFORE THE EQUAL EMPLOYMENT OPORTUNITY COMMISSION
## MEMPHIS DISTRICT OF TENNESSEE



## WITNESS STATEMENT AFFIDAVIT

## In Support of Charmeka Pollard, Charging Party Case #490-2019-02811

*Retaliation Charged Filed by Charmeka Pollard against Lowes on 8/22/19:*

> *I was terminated on August 5, 2019, in retaliation for filing a previous charge of discrimination (#490-2019-00309). I began working with the above-named company in September 2013. Melissa Bryant Store Manager assigned me extra duties that caused an on the job injury, assigned high goals that she knew was unobtainable to reach and changed my schedule that had me working every Saturday. I have never worked every Saturday. I submitted a week's vacation; however, she elected the days she wanted without my knowledge. Moreover, she failed to pay me for one vacation day. I complained to upper management and nothing was done. I believe that I have been discriminated against in retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended.*

STATE OF _____ MISSISSIPPI

COUNTY OF_____

I, Charlene Griffin (Witness/**Declarant**), am a resident of Mississippi, and being of competent, clear and sound mind and acting in my free will and give the following declaration based upon my personal knowledge and firsthand observation the following assertions and hereby state they are correct to the best of my knowledge. I state that:

1. I am familiar with Charmeka Pollard

1

2. I knew Charmeka Pollard while she was employed with Lowe's at their Batesville Mississippi location as a Commercial Associate.

3. I worked with Charmeka Pollard while she was employed at Lowes.

4. I am aware that Charmeka Pollard first filed an EEOC Charge sometime in 2018 for discrimination.

5. I am also aware that Charmeka Pollard was later terminated sometime in 2019.

6. I am also aware and have firsthand knowledge about:

   a) Input Credit Application

7. I can be reached by telephone at (662) 561-1151 or 662-561-1151

8. x _Charlene Griffin_ Charlene Griffin _____ **Witness Signature**

2

# BEFORE THE EQUAL EMPLOYMENT OPORTUNITY COMMISSION
# MEMPHIS DISTRICT OF TENNESSEE



## WITNESS STATEMENT AFFIDAVIT

## In Support of Charmeka Pollard, Charging Party Case #490-2019-02811

**Retaliation Charged Filed by Charmeka Pollard against Lowes on 8/22/19:**

*I was terminated on August 5, 2019, in retaliation for filing a previous charge of discrimination (#490-2019-00309). I began working with the above-named company in September 2013. Melissa Bryant Store Manager assigned me extra duties that caused an on the job injury, assigned high goals that she knew was unobtainable to reach and changed my schedule that had me working every Saturday. I have never worked every Saturday. I submitted a week's vacation; however, she elected the days she wanted without my knowledge. Moreover, she failed to pay me for one vacation day. I complained to upper management and nothing was done. I believe that I have been discriminated against in retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended.*

STATE OF _____ MISSISSIPPI

COUNTY OF_____

I, Lazardra "Peaches" Edward (Witness/Declarant), am a resident of Mississippi, and being

of competent, clear and sound mind and acting in my free will and give the following declaration

based upon my personal knowledge and firsthand observation the following assertions and

hereby state they are correct to the best of my knowledge. I state that:

1. I am familiar with Charmeka Pollard

1

2. I knew Charmeka Pollard while she was employed with Lowe's at their Batesville Mississippi location as a Commercial Associate.

3. I worked with Charmeka Pollard while she was employed at Lowes.

4. I am aware that Charmeka Pollard first filed an EEOC Charge sometime in 2018 for discrimination.

5. I am also aware that Charmeka Pollard was later terminated sometime in 2019.

6. I am also aware and have firsthand knowledge about:

   a) Input Credit Application

7. I can be reached by telephone at (662) 816-7524

8. X _Lazandra Edwards (Lazandra Edwards)_     **Witness Signature**

2

## BEFORE THE EQUAL EMPLOYMENT OPORTUNITY COMMISSION
## MEMPHIS DISTRICT OF TENNESSEE



## WITNESS STATEMENT AFFIDAVIT

## In Support of Charmeka Pollard, Charging Party Case #490-2019-02811

*Retaliation Charged Filed by Charmeka Pollard against Lowes on 8/22/19:*

> *I was terminated on August 5, 2019, in retaliation for filing a previous charge of discrimination (#490-2019-00309). I began working with the above-named company in September 2013. Melissa Bryant Store Manager assigned me extra duties that caused an on the job injury, assigned high goals that she knew was unobtainable to reach and changed my schedule that had me working every Saturday. I have never worked every Saturday. I submitted a week's vacation; however, she elected the days she wanted without my knowledge. Moreover, she failed to pay me for one vacation day. I complained to upper management and nothing was done. I believe that I have been discriminated against in retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended.*

STATE OF _____MISSISSIPPI

COUNTY OF_____

I, Kevin Terry (Witness/**Declarant**),  am a resident of Mississippi, and being of competent,

clear and sound mind and acting in my free will and give the following declaration based upon

my personal knowledge and firsthand observation the following assertions and hereby state they

are correct to the best of my knowledge.  I state that:

1. I am familiar with Charmeka Pollard

1

2. I knew Charmeka Pollard while she was employed with Lowe's at their Batesville Mississippi location as a Commercial Associate.

3. I worked with Charmeka Pollard while she was employed at Lowes.

4. I am aware that Charmeka Pollard first filed an EEOC Charge sometime in 2018 for discrimination.

5. I am also aware that Charmeka Pollard was later terminated sometime in 2019.

6. I am also aware and have firsthand knowledge about:

a) Chips

b) Harassment

c) Retaliation regarding time off has been more than one-person vacation before

d) Pulling loads for them

e) Credit application

7. I can be reached by telephone at (662) 313-4023

8. X _Kevin Terry_____ **Witness Signature**

Kevin Terry

2

## BEFORE THE EQUAL EMPLOYMENT OPORTUNITY COMMISSION
## MEMPHIS DISTRICT OF TENNESSEE



## WITNESS STATEMENT AFFIDAVIT

## In Support of Charmeka Pollard, Charging Party Case #490-2019-02811

**Retaliation Charged Filed by Charmeka Pollard against Lowes on 8/22/19:**

*I was terminated on August 5, 2019, in retaliation for filing a previous charge of discrimination (#490-2019-00309). I began working with the above-named company in September 2013. Melissa Bryant Store Manager assigned me extra duties that caused an on the job injury, assigned high goals that she knew was unobtainable to reach and changed my schedule that had me working every Saturday. I have never worked every Saturday. I submitted a week's vacation; however, she elected the days she wanted without my knowledge. Moreover, she failed to pay me for one vacation day. I complained to upper management and nothing was done. I believe that I have been discriminated against in retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended.*

STATE OF _____MISSISSIPPI

COUNTY OF_____

I, Martha Taylor (Witness/Declarant), am a resident of Mississippi, and being of competent, clear and sound mind and acting in my free will and give the following declaration based upon my personal knowledge and firsthand observation the following assertions and hereby state they are correct to the best of my knowledge. I state that:

1. I am familiar with Charmeka Pollard

1

2. I knew Charmeka Pollard while she was employed with Lowe's at their Batesville Mississippi location as a Commercial Associate.

3. I worked with Charmeka Pollard while she was employed at Lowes.

4. I am aware that Charmeka Pollard first filed an EEOC Charge sometime in 2018 for discrimination.

5. I am also aware that Charmeka Pollard was later terminated sometime in 2019.

6. I am also aware and have firsthand knowledge about:

   a) Chips

   b) Harassment

   c) Retaliation regarding time off has been more than one-person vacation before

   d) Pulling loads for them

   e) Credit application

7. I can be reached by telephone at (662) 934-5858

8. X_____  **Witness Signature**

   *Martha R. Taylor*

2

## BEFORE THE EQUAL EMPLOYMENT OPORTUNITY COMMISSION
## MEMPHIS DISTRICT OF TENNESSEE



---

### WITNESS STATEMENT AFFIDAVIT

### In Support of Charmeka Pollard, Charging Party Case #490-2019-02811

**Retaliation Charged Filed by Charmeka Pollard against Lowes on 8/22/19:**

> I was terminated on August 5, 2019, in retaliation for filing a previous charge of discrimination (#490-2019-00309). I began working with the above-named company in September 2013. Melissa Bryant Store Manager assigned me extra duties that caused an on the job injury, assigned high goals that she knew was unobtainable to reach and changed my schedule that had me working every Saturday. I have never worked every Saturday. I submitted a week's vacation; however, she elected the days she wanted without my knowledge. Moreover, she failed to pay me for one vacation day. I complained to upper management and nothing was done. I believe that I have been discriminated against in retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended.

---

STATE OF _____ MISSISSIPPI

COUNTY OF_____

I, Rick Neely (Witness/Declarant), am a resident of Mississippi, and being of competent, clear

and sound mind and acting in my free will and give the following declaration based upon my

personal knowledge and firsthand observation the following assertions and hereby state they are

correct to the best of my knowledge. I state that:

    1.  I am familiar with Charmeka Pollard

1

2. I knew Charmeka Pollard while she was employed with Lowe's at their Batesville Mississippi location as a Commercial Associate.

3. I worked with Charmeka Pollard while she was employed at Lowes.

4. I am aware that Charmeka Pollard first filed an EEOC Charge sometime in 2018 for discrimination.

5. I am also aware that Charmeka Pollard was later terminated sometime in 2019.

6. I am also aware and have firsthand knowledge about:

    a) Chips

    b) Harassment

    c) Retaliation regarding time off has been more than one-person vacation before

    d) Pulling loads for them

    e) Credit application

7. I can be reached by telephone at (662) 714-0850

8. X_____ Witness Signature

2