UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

CHARMEKA POLLARD     PLAINTIFF

v.     Civil No. 3:20-cv-00293-GHD-JMV

LOWE'S HOME CENTERS, INC.     DEFENDANT

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS

Pursuant to an opinion entered this date, it is hereby ORDERED that:

(1) the Defendant's motion to dismiss for insufficient service of process [19] is GRANTED; and

(2) the Plaintiff's claims are DISMISSED WITHOUT PREJUDICE.

SO ORDERED, this, the 10th day of May, 2022.

_____
SENIOR U.S. DISTRICT JUDGE